| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>GARLOCK SEALING TECHNOLOGIES, L.L.C.<br>c/o C T Corporation System<br>225 Hillsborough Street<br>Raleigh, NC 27603 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07cv286<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)   7003 3110 0004 0799 7869 | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540