**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Atlanta, Georgia 30301

**BELL & GOSSETT**, a subsidiary of
**ITT INDUSTRIES, INC.**
c/o Robert L. Ayers
8200 N. Austin Avenue
Morton Grove, Illinois 60053

2. Article Number
(Transfer from service label)

7003 3110 0004 0799 7852

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Orbz_
☐ Agent
☐ Addressee

B. Received by (Printed Name)  J R. Orbiz

C. Date of Delivery  4-13-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:07CV286

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540