**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Atlanta, GA 30301

    **CRANE PUMPS SYSTEMS** individually and as successor to all pump companies acquired by
    **CRANE**
    420 Third Street
    Piqua, Ohio, 45356

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Jerry Miller*    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
*Jerry Miller*    APR 13 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:07cv286-WKW

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0004 0799 7814

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540