**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KAISER GYPSUM COMPANY, INC.
CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rudy Revere* ☒ Agent ☐ Addressee

B. Received by (Printed Name) *Rudy Revere*
C. Date of Delivery 4-13-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:
2:07cv286
svc

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 0799 7654

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540