| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): TM   C. Date of Delivery: 4-13 |
| 1. Article Addressed to:<br><br>VIACOM INC., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation<br>Westinghouse Building, Gateway Center<br>11 Stanwix Street<br>Pittsburgh, PA 15222 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07CV286<br>SVC |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 2727 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540