**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    **HOBART BROTHERS COMPANY**
    c/o Its President
    600 W. Main Street
    Troy, OH 45373

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Kim Mcnnin* ☒ Agent ☐ Addressee

B. Received by (Printed Name): Kim Mcnnin
C. Date of Delivery: 7-13-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0799 7777

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540