| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery APR 13 2007 |
| 1. Article Addressed to:<br><br>UNION CARBIDE CORPORATION<br>c/o The Corporation Company<br>30600 Telegraph Road<br>Bingham Farms, MI 48025 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07CV286<br>S+C                    20 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 2758 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540