**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   EXTECO, INC., f/k/a
   THERMO ELECTRIC CO., INC.
   109 North Fifth Street
   Saddle Brook, NJ 07663

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Tina Krasner
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Tina Krasner
C. Date of Delivery: 7-13-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07cv280-WKW

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7003 3110 0004 0799 2697

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540