| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ricky Roland_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) _Ricky Roland_  C. Date of Delivery _4/6_ |
| 1. Article Addressed to:<br><br>Charleston, SC 29405<br>**BAYER CROPSCIENCE, INC.**,<br>individual and as successor to **AVENTIS CROPSCIENCE USA, INC.** f/k/a **RHONE-POULENCE AG CO.**, f/k/a **AMCHEM, Products, INC.**,<br>C.T. Corporation System<br>1201 Peachtree Street<br>Atlanta, Georgia 30361 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07cv286-WKW<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 7883 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540