**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ASTEN JOHNSON, INC.,
individually and as successor-in-interest to
ASTEN, INC.,
successor-in-interest by way of name change to
ASTEN GROUP, INC., formerly trading as
ASTEN-HILLS MANUFACTURING CO.
4399 Corporate Road
Charleston, SC 29405

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Robert Will_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery  4/16/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:07cv286 WKW

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 3110 0004 0799 7913

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540