| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☑ Agent  ☐ Addressee<br>B. Received by ( Printed Name ) Ricky Roland   C. Date of Delivery 4/16 |
| 1. Article Addressed to:<br><br>AMERICAN STANDARD, INC.<br>c/o C.T. Corporation System<br>1201 Peachtree Street NE<br>Atlanta, GA 30361 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2:07 cv 286-WKW |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 7975 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540