| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>INDUSTRIAL HOLDINGS,<br>CORPORATION<br>f/k/a THE CARBORUNDUM COMPANY,<br>a New York Corporation<br>c/o Its Registered Agent:<br>Prentice-Hall Corporation Systems, Inc.<br>80 State Street<br>Albany, NY 12207 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07CV286<br>Stc    APR 13 2007<br><br>FILED<br>CSC<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 7616 |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540