**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **SURFACE COMBUSTION**
   1700 Indian Wood Circle
   Maumee, Ohio 43537

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Amy Deu[signature]_ ☐ Agent ☒ Addressee

B. Received by (Printed Name): Amy Plu[...]  C. Date of Delivery: 4/16/7

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   2:07cv286
   SLC                                    (20)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service)
   7003 3110 0004 0799 7609

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540