**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   NIKKO MATERIALS USA, INC., d/b/a
   GOULD ELECTRONICS INC., individually
   and as successor in interest to GOULDS, INC.,
   IMPERIAL CORPORATION, AND
   CENTURY ELECTRIC
   34929 Curtis Boulevard
   Eastlake, Ohio, 44095    44095

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Jutta M Corrigan    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 4-16-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:07CV286
   Src                                    20

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 3110 0004 0799 7647

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540