**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BUFFALO PUMP, INC.
   874 Oliver Street
   North Tonawanda, New York 14120

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Michael Thomas

C. Date of Delivery
   4-16

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

   2:07CV268WKW

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0004 0799 7968

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540