| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature RECEIVED<br>X               APR 1 6 2007      ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  Deanne Kessler   C. Date of Delivery |
| 1. Article Addressed to:<br><br>BONDEX INTERNATIONAL INC.<br>c/o Its Registered Agent:<br>Prentice-Hall Corporation System, Inc.<br>50 W. Broad Street<br>Columbus, Ohio 43215 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:07cv286-WKW |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7003 3110 0004 0799 7791 |

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540