| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): TIM HERMAN   C. Date of Delivery: 4-16-07 |
| 1. Article Addressed to:<br><br>BORG-WARNER CORPORATION,<br>by its successor in interest,<br>BORGWARNER MORSE TEC INC.<br>3850 Hamlin Road<br>Auburn Hills, MI 48326 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07cv286-WKW<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0799 7760 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540