MIDDLE DISTRICT OF ALABAMA

**ROBERT COBB, et al.,**                          )
                                                 )
    Plaintiffs,                                )          **CIVIL ACTION NO.**
                                                 )
vs.                                              )          2:07-CV-286-WKW
                                                 )
**ALBANY INTERNATIONAL, et al,,**                )
                                                 )
    Defendants.                                )          **JURY DEMAND**
                                                 )
                                                 )
                                                 )

## SUMMONS

TO DEFENDANT:

    **FLAME REFRACTORIES, INC.,** c/o Its Agent for Service, CT Corporation

System, 225 Hillsborough Street, Raleigh, NC  27603.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: *4-11-07*

                                      Debra P. Hackett, Acting Clerk

                                       By:

                                          Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

Arrow

**CT**
a Wolters Kluwer business

CT
225 Hillsborough Street
Suite 470
Raleigh, NC 27603

919 821 7139 tel
919 821 7253 fax
www.ctlegalsolutions.com

RECEIVED

2007 APR 20  P 1: 53

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

April 13, 2007

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahye, P.C.
One Independence Plaza,
Suite 612,
Birmingham, AL 35209

Re:  Robert Cobb, et al., Pltfs. vs. Asbestos Defendants, et al. including Flame Refractories, Inc., Dfts.
Case No. 2:07-CV-286

Dear Sir/Madam:

Process in the above referenced case was attempted upon C T Corporation System as the purported agent for service of process for FLAME REFRACTORIES, INC.

FLAME REFRACTORIES, INC. is inactive on the records of the State NC. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain a record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Pamela Adams
Fulfillment Specialist

Log# 512131757

cc:  usdc Middle District of Alabama
US Courthouse,
One Church St.,
Montgomery, AL  36104