| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>16 APR 2007 |
| 1. Article Addressed to:<br><br>MAREMOUNT CORPORATION<br>c/o Its Registered Agent:<br>The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2:07CV286<br>SLC |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)   7003 3110 0004 0799 7708 | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540