**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                   1 6 APR 2002

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

2:07CV286
S & C

1. Article Addressed to:

FOSECO, INC.
c/o The Corporation Trust Company
1209 N. Orange Street
Wilmington, DE 19801

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 0799 7920

PS Form 3811, August 2001    Domestic Return Receipt