| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                          ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery |

1. Article Addressed to:

**FOSTER-WHEELER CORPORATION**
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

*FILED*
*2:07CV286*
*SJC*
*APR 16 2007*
*CSC*

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(*Transfer from service label*)    7003 3110 0004 0799 7890

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540