**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KELLY-MOORE PAINT COMPANY, INC.
   c/o Its President
   987 Commercial St.
   San Carlos, CA 94070

2. Article Number
   (Transfer from service label)
   7003 3110 0004 0799 2772

PS Form 3811, August 2001   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Jimmy Sol____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery  4.16.07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07CV286
   SKC

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540