| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Amador_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Amador   C. Date of Delivery: 4/19/07 |
| 1. Article Addressed to:<br><br>COOPER INDUSTRIES, LLC, f/n/a<br>COOPER INDUSTRIES, INC., individually and as successor-in-interest to CROUSE-HINDS<br>c/o Its President<br>600 Travis, Suite 5800<br>Houston, TX 77002-1001 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:07cv286<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0004 0799 7876 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540