**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   GENERAL ELECTRIC COMPANY
   c/o Its Registered Agent:
   C T Corporation System
   One Commercial Plaza
   Hartford, CT 06103

2. Article Number
   (Transfer from service label)

   7003 3110 0004 0799 7838

PS Form 3811, August 2001     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   August                        4/17/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:07CV286

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540