IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT COBB, et al.,** | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Civil Action No.: 2:07-CV-286-WKW ) |
| **ALBANY INTERNATIONAL, et al.,** | ) ) |
| Defendants. | ) ) ) |

**MOTION TO DISMISS OR IN THE ALTERNATIVE
MOTION TO TRANSFER TO MDL**

Comes now, the John Crane, Inc., and moves the Court to either dismiss this Complaint with prejudice, or, alternatively, transfer this action to the United States Court for the Eastern District of Pennsylvania, and in support thereof, states as follows:

1. The Complaint fails to state a claim upon which relief may be granted.

2. Venue is improper in this Court.

3. The Complaint should be dismissed because a more convenient forum for this litigation exists in another United States District Court.

4. Upon information and belief, this case should be transferred to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pre-trial proceedings pursuant to 28 U.S.C. § 1407 as a "tag along action" pursuant to the order entered on July 29, 1999 by the Judicial Panel on Multi-District Litigation.

s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Defendant,
John Crane, Inc.

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

### DEFENDANT REQUESTS ORAL ARGUMENT

                                        s/Frank E. Lankford, Jr.
                                        Frank E. Lankford, Jr., Esquire

### CERTIFICATE OF SERVICE

      I hereby certify that on 26 April    , 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

**G. Patterson Keahey, Jr**
info@mesohelp.com


Manual Receipients are as follows:

**Albany International**
c/o Its Registered Agent:
C T Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

**American Standard, Inc.**
c/o C.T. Corporation System
1201 Peachtree Street NE
Atlanta, GA 30361

**Asten Johnson, Inc.**
4399 Corporate Raod
Charleston, SC 29405

**Bayer Cropscience, Inc.**
c/o C.T. Corporation System
1201 Peachtree Street NE
Atlanta, GA 30361

**Bell & Gossett**
c/o Robert L. Ayers

8200 N. Austin Avenue
Morton Grove, IL 60053

**Bondex International Inc.**
c/o Its Registered Agent:
Prentice-Hall Corporation System, Inc.
50 W. Broad Street
Columbus, OH 43215

**Borg Warner Corporation**
3850 Hamlin Road
Auburn Hills, MI 48326

**Buffalo Pump Inc.**
874 Oliver Street
North Tonawanda, NY 14120

**Conwed Corporation**
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Cooper Industries, LLC**
c/o Its President
600 Travis, Suite 5800
Houston, TX 77002-1001

**Crane Co.**
CT Corporation
1201 Peachtree Street NE
Atlanta, GA 30361

**Crane Pumps Systems**
420 Third Street
Piqua, OH 45356

**Emerson Electric Co.**
180 Cherokee Street NE
Marietta, GA 30060

**Exteco, Inc.**
109 North Fifth Street
Saddle Brook, NJ 07663

**FMC Corporation**
c/o C.T. Corporation Systems
1201 Peachtree Street NE
Atlanta, GA 30301

**Flame Refractories, Inc.**
c/o CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

**Foseco, Inc.**
c/o The Corporation Trust Company
1209 N. Orange Street
Wilmington, DE 19801

**Foster-Wheeler Corporation**
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

**Garlock Sealing Technologies L.C.C.**
c/o C.T. Corporation System
225 Hillsborough Street
Raleigh, NC 27603

**General Electric Co.**
c/o Its Registered Agent:
C T Corporation System
One Commercial Plaza
Hartford, CT 06103

**Goulds Pumps Inc.**
c/o Its Registered Agent:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**Hobart Brothers Company**
c/o Its President
600 W. Main Street
Troy, OH 45373

**Honeywell, Inc.**
c/o The Corporation Company
380 Jackson Street, Suite 418
St. Paul, MN 55101

**ITT Industries, Inc.**
c/o Its Registered Agent:
C T Corporation System
111 Eighth Avenue
New York, NY 10011

**Imo Industries, Inc.**
c/o It's Registered Agent:  The Corporation trust Compa

Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Industrial Holdings Corporation**
c/o Its Registered Agent:
Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

**Ingersoll-Rand Company**
180 Cherokee Street NE
Marietta, GA 30060

**Kaiser Gypsum Company, Inc.**
CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

**Kelly-Moore Paint Company, Inc.**
c/o Its President
987 Commercial Street
San Carlos, CA 94070

**Maremont Corporation**
c/o Its Registered Agent:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**Metropolitan Life Insurance Company**
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

**Nikko Materials USA, Inc.**
34929 Curtis Boulevard
Eastlake, OH 44095

**Oglebay Norton Company**
North Point Tower
101 Lakeside Avenue, 15th Floor
Cleveland, OH 44114

**Owens-Illinois, Inc.**
c/o Its Registered Agent:
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Pneumo Abex LLC**
c/o Highest Ranking Officer
3rd Street and Jefferson Avenue
Camden, NJ 08104

**Surface Combustion**
1700 Indian Wood Circle
Maumee, OH 43537

**The Lincoln Electric Company**
c/o H. Jay Elliot or Ellis F. Smolik
22801 St. Clair Avenue
Cleveland, OH 44117

**Union Carbide Corporation**
c/o The Corporation Company
30600 Telegraph Road
Bingham Farms, MI 48025

**Uniroyal Fiber and Textile & Division of Uniroyal, Inc.**
c/o Its Registered Agent:
Prentice-Hall Corporation System, Inc.
803 Bear Tavern Road
West Trenton, NJ 08608

**Viacom Inc.**
Westinghouse Building, Gateway Center
11 Stanwix Street
Pittsburg, PA 15222


        s/Frank E. Lankford, Jr.
        Frank E. Lankford, Jr.