IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT COBB, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
ALBANY INTERNATIONAL, et al.,

    Defendants.

CIVIL ACTION NO.
2:07CV286-WKW

_____/

## DEFENDANT COOPER INDUSTRIES, LLC, FORMERLY KNOWN AS COOPER INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CROUSE-HINDS COMPANY'S DISCLOSURE STATEMENT

NOW COMES Defendant Cooper Industries, LLC, Formerly Known as Cooper Industries, Inc., Individually and as Successor in Interest to Crouse-Hinds Company, by and through its attorneys of record, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1. Cooper Industries, LLC, formerly known as Cooper Industries, Inc., Individually and as successor-in-interest to Crouse-Hinds Company, does not have a parent corporation; and

2. No publicly-held corporation owns more than ten percent (10%) of Cooper Industries, LLC's stock.

Defendant Cooper Industries, LLC, Formerly Known as Cooper Industries, Inc., Individually and as Successor in Interest to Crouse-Hinds Company will supplement this disclosure should this information change at a later date.

10309341 v1

Respectfully submitted this 30th day of April, 2007.

                                                  **HAWKINS & PARNELL, LLP**

                                                  /s/ S. Christopher Collier
                                                  S. Christopher Collier
                                                  Alabama Bar No. ASB-2343-C56S
                                                  Counsel for Cooper Industries, LLC,
                                                  formerly known as Cooper Industries,
                                                  Inc., Individually and as Successor In
                                                  Interest to Crouse-Hinds Company

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT COBB, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
ALBANY INTERNATIONAL, et al.,

    Defendants.
_____/

CIVIL ACTION NO.
2:07CV286-WKW

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have this date served Defendant Cooper Industries, LLC, Formerly Known as Cooper Industries, Inc., Individually and as Successor in Interest to Crouse-Hinds Company's Disclosure Statement with the CM/ECF system. I also certify that a copy of the foregoing has been furnished to Plaintiff's counsel, G. Patterson Keahey, Jr., Esq., by U.S. Mail, at his respective address, with proper postage affixed.

    This 30th day of April, 2007.

Respectfully submitted,

**HAWKINS & PARNELL, LLP**

/s/ S. Christopher Collier
S. Christopher Collier
Alabama Bar No. ASB-2343-C56S
Counsel for Cooper Industries, LLC,
formerly known as Cooper Industries,
Inc., Individually and as Successor In
Interest to Crouse-Hinds Company

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

10309341 v1