THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT COBB, et al.**                                           **PLAINTIFFS**

vs.                                              **CIVIL ACTION NO. 2:07CV286-WKW**

**ALBANY INTERNATIONAL, et al.,**                                 **DEFENDANTS**

### OGLEBAY NORTON COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Oglebay Norton Company states:

1. Oglebay Norton Company is a corporation whose shares are publicly traded.

2. Oglebay Norton Company has no parent company.

THIS, 2nd day of May, 2007.

                                                      Respectfully submitted,

                                                      s/ Cyrus C. Barger, III
                                                      Cyrus C. Barger, III, AL Bar#BAR137
                                                      Counsel for Defendant,
                                                      Oglebay Norton Company

JUDE & JUDE, PLLC
6424 US Hwy 98 West, Suite 50
P.O. Box 17468
Hattiesburg, MS  39404-7468
Telephone: (601) 579-8411
Facsimile:  (601) 579-8461

## **CERTIFICATE OF SERVICE**

I, Cyrus C. Barger, III, counsel for Oglebay Norton Company do hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all known counsel of record.

THIS, 2nd day of May, 2007.

s/ Cyrus C. Barger, III_____
Cyrus C. Barger, III

F:\FILES\FEI\Al\CorporateDisclosureStatements\Cobb_Robert_Corporate_Disclosure_050207.doc