THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT COBB, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:07-cv-00286-WKW |
| | ) | |
| ASBESTOS DEFENDANTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF TAG-ALONG ACTION**

COME NOW the Defendants, ITT Corporation f/k/a ITT Industries, Inc. and Bell and

Gossett a subsidiary of ITT Corporation f/k/a ITT Industries, Inc., (hereinafter "Defendants"),

and hereby submit this, their Notice of Tag-Along Action, and show the Court as follows:

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on

Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to

the United States District Court, Eastern District of Pennsylvania, for coordinated or

consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). That

order also applies to "tag-along actions," or actions involving common questions of fact filed

after the January 17, 1991 filing of the Panel's order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under
> Section 1407 or under consideration by the Panel for transfer under
> Section 1407 shall notify the Clerk of the Panel of any potential
> "tag-along actions" in which that party is also named or in which
> that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along

action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the

Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file

an order to show cause why the action should not be transferred, pursuant to MDL Rules 7.5(b) and 7.3.

/s Timothy W. Knight
Timothy W. Knight (KNI021)

/s Lucy W. Jordan
Lucy W. Jordan (JOR037)
Attorneys for Defendants ITT Corporation f/k/a ITT Industries, Inc. and Bell and Gossett a subsidiary of ITT Corporation f/k/a ITT Industries, Inc.

**OF COUNSEL:**

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900
fax (205) 968-9909
email:  tk@keeselby.com
          lj@keeselby.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2007, a copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

I further certify that on this 3rd day of May, 2007, the foregoing, together with copies of the docket sheet and complaint, has been sent via U.S. Mail, postage prepaid to the following:

> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E., Room G-255, North Lobby
> Washington, D.C. 20002-8004

> _____s/ Lucy W. Jordan_____
> OF COUNSEL