**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **ROBERT COBB, et al.** ) | |
| ) | |
| ) | |
| **PLAINTIFFS,** ) | |
| ) | |
| v. ) | **CASE NO. 2:07-CV-286-WKW** |
| ) | |
| **ALBANY INTERNATIONAL, et al.,** ) | |
| ) | |
| ) | |
| **DEFENDANTS.** ) | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND CONFLICT STATEMENTS OF DEFENDANT CRANE CO.**

COMES NOW defendant, CRANE CO., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that Crane Co. has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

/s/ Timothy A. Clarke
F. GREY REDDITT (ASB-5142-R64D)
TIMOTHY A. CLARKE (ASB-1440-R67T)
*Attorneys for Crane Co.*

OF COUNSEL:

VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, AL 36652-2568
Telephone: 251-432-9772
Facsimile: 251-432-9781
Email: gredditt@vickersriis.com
tclarke@vickersriis.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

                                            /s/ Timothy A. Clarke_____
                                            TIMOTHY A. CLARKE