BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)            MDL DOCKET NO. 875

**This Document Relates To:**
**ROBERT COBB, ET AL. VS.**
**ALBANY INTERNATIONAL, ET AL.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT COBB, ET AL.** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **VS.** ) | **2:07-CV-286-WKW** |
| ) | |
| **ALBANY INTERNATIONAL, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

Please check one box:

[✓] The nongovernmental corporate party, <u>INGERSOLL-RAND COMPANY</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

  May 3, 2007                                      //s// Donald C. Partridge
      Date                                           RICHARD M. CRUMP (CRUMR6839)
                                                 DONALD C. PARTRIDGE (PARTD6713)
                                                 LAURA D. GOODSON (GOODL0579)
                                                 Attorneys for Defendant
                                                 INGERSOLL-RAND COMPANY
                                                 Forman Perry Watkins Krutz & Tardy LLP
                                                 Post Office Box 22608
                                                 Jackson, Mississippi 39225-2608
                                                 (601) 960-8600

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| ROBERT COBB, ET AL.           )<br>                              )<br>    PLAINTIFFS               )<br>                              )<br>VS.                           )<br>                              )<br>ALBANY INTERNATIONAL, ET AL., )<br>                              )<br>    DEFENDANTS               )  | **CIVIL ACTION NUMBER:**<br>**2:07-CV-286-WKW** |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and Keith James Pflaum, Esq.; Lucy Westover Jordan, Esq.; Stephen Christopher Collier, Esq.; Timothy A. Clarke, Esq.; Edwin Bryan Nichols, Esq.; John Albert Smyth, III, Esq.; Thomas Gerald DeLawrence, Esq.; Frank E. Lankford, Jr., Esq.; and Cyrus C. Barger, III, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

Respectfully submitted,

 //s// Donald C. Partridge
RICHARD M. CRUMP (CRUMR6839)
DONALD C. PARTRIDGE (PARTD6713)
LAURA D. GOODSON (GOODL0579)