IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT COBB, ET AL.,**

      **PLAINTIFFS**         **FILE NO. 2:07CV-286-WKW**

**VS.**

**ALBANY INTERNATIONAL, ET AL.,**

      **DEFENDANTS**

---

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT INDUSTRIAL HOLDINGS CORPORATION
f/k/a THE CARBORUNDUM COMPANY**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Industrial Holdings Corporation, f/k/a The Carborundum Company, through the undersigned counsel, states that the non-governmental corporate party, Industrial Holdings Corporation, f/k/a The Carborundum Company, has the following parent corporation and publicly held corporation that owns 10% or more of its stock: Lehman Brothers Holdings Inc.

This the 3rd day of May 2007.

                /s/ Donald C. Partridge
                Richard M. Crump (CRUMR6839)
                Donald C. Partridge (PARTD6713)
                Laura D. Goodson (ASB-0579-R81G)
                200 South Lamar Street, Suite 100
                Post Office Box 22608
                Jackson, Mississippi 39225-2608
                Telephone: (601) 960-8600

                Attorneys for Defendant Industrial Holdings
                Corporation f/k/a/ The Carborundum Company

**IN THE UNITED STATES DISTRICT COURT**

## MIDDLE DISTRICT OF ALABAMA

**ROBERT COBB, ET AL.**,

    **PLAINTIFFS**

**VS.**

**ALBANY INTERNATIONAL, ET AL.**,

    **DEFENDANTS**

**CIVIL ACTION NUMBER:
2:07CV-286-WKW**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.

    Respectfully submitted,

    /s/ Donald C. Partridge
    Richard M. Crump (CRUMR6839)
    Donald C. Partridge (PARTD6713)
    Laura D. Goodson (ASB-0579-R81G)