BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)          MDL DOCKET NO. 875

**This Document Relates To:**
**ROBERT COBB, ET AL. VS.**
**ALBANY INTERNATIONAL, ET AL.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT COBB, ET AL.** ) | |
| ) | |
|     **PLAINTIFFS** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **VS.** ) | **2:07-CV-286-WKW** |
| ) | |
| **ALBANY INTERNATIONAL, ET AL.,** ) | |
| ) | |
|     **DEFENDANTS** ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

Please check one box:

☒    The non-governmental corporate party, Asten Johnson, Inc., individually and as successor-in-interest to Asten, Inc., successor-in-interest by way of name change to Asten Group, Inc., formerly trading as Asten-Hills Manufacturing Co., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏    the non-governmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

 

  5/03/2007                                            //s// Clifton W. Jefferis
     Date                                                 CLIFTON W. JEFFERIS (JEFFC7705)
                                                          Attorney for Defendant
                                                          Asten Johnson, Inc., individually and as
                                                          successor-in interest to Asten, Inc., successor-in-
                                                          interest by way of name change to Asten Group,
                                                          Inc., formerly trading as Asten-Hills
                                                          Manufacturing Co.
                                                          Forman Perry Watkins Krutz & Tardy LLP
                                                          Post Office Box 22608
                                                          Jackson, Mississippi 39225-2608
                                                          (601) 960-8600

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **ROBERT COBB, ET AL.**        ) | |
| )| |
| **PLAINTIFFS**        ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **VS.**        ) | **2:07-CV-286-WKW** |
| ) | |
| **ALBANY INTERNATIONAL, ET AL.,**        ) | |
| ) | |
| **DEFENDANTS**        ) | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and Keith James Pflaum, Esq.; Lucy Westover Jordan, Esq.; Stephen Christopher Collier, Esq.; Timothy A. Clarke, Esq.; Edwin Bryan Nichols, Esq.; John Albert Smyth, III, Esq.; Thomas Gerald DeLawrence, Esq.; Frank E. Lankford, Jr., Esq.; and Cyrus C. Barger, III, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

  Respectfully submitted,

                //s// Clifton W. Jefferis
                CLIFTON W. JEFFERIS (JEFFC7705)