```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF ALABAMA

ROBERT COBB, et al.,              )
                                  )
        Plaintiffs,                ) CIVIL ACTION CASE NO.
                                  ) 2:07-CV-286-WKW
VS.                               )
                                  )
ALBANY INTERNATIONAL, et al.,     )
                                  )
        Defendants.                )
                                  )
```

**RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT GOULD ELECTRONICS INC.**

COMES NOW Defendant, GOULD ELECTRONICS, INC. (named in Plaintiffs' Complaint as Nikko Materials USA, Inc. d/b/a Gould Electronics, Inc.), by and through its attorneys of record, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1. Whether the named Defendant has a parent company, and if so, what company.

> **Yes.  Nippon Mining & Metals Co., Ltd.**

2. Whether the named Defendant has publicly traded stock.

> **No.**

3. Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

> **No, however, Nippon Mining & Metals Co., Ltd. is a wholly owned subsidiary of Nippon Mining Holdings, Inc., a publicly traded company.**

This 4th day of May, 2007.

/s/Gregory M. Taube
Gregory M. Taube
Alabama Bar No. ASB-4499-A41G

NELSON MULLINS RILEY & SCARBOROUGH LLP
999 Peachtree Street, N.E.
Suite 1400
Atlanta, GA  30309
(404) 817-6000
(404) 817-6050 - Fax
GOULD ELECTRONICS INC.

```
              IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF ALABAMA
```

ROBERT COBB, et al.,             )
                                 )
       Plaintiffs,              ) CIVIL ACTION CASE NO.
                                 ) 2:07-CV-286-WKW
VS.                              )
                                 )
ALBANY INTERNATIONAL, et al.,    )
                                 )
       Defendants.              )
                                 )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing **RULE 7.1 DISLCOSURE STATEMENT OF DEFENDANT GOULD ELECTRONICS INC.** via electronic filing, to all counsel of record, including the following:

    Counsel for Plaintiffs:

    G. Patterson Keahey, Esq.
    One Independence Plaza
    Suite 612
    Birmingham, AL 35209

This 4th day of May, 2007.

                            /s/ Gregory M. Taube_____
                            Gregory M. Taube
                            Alabama Bar No. ASB-4499-A41G

NELSON MULLINS RILEY & SCARBOROUGH LLP
999 Peachtree Street, N.E.
Suite 1400
Atlanta, GA  30309
(404) 817-6000
(404) 817-6050 - Fax