IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT COBB, et al.**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. |
| ) | 2:07 CV 286-WKW |
| **ALBANY INTERNATIONAL, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

### NOTICE OF APPEARANCE

Comes now Jenelle R. Evans, an attorney with the firm of Balch & Bingham LLP, and hereby files her notice of appearance on behalf of defendant, General Electric Company, in the above styled action.

                              Respectfully submitted,

                              s/ Jenelle R. Evans
                              One of the Attorneys for Defendant,
                              General Electric Company

**OF COUNSEL:**

Jenelle R. Evans (ASB-2403-A35J)
S. Allen Baker, Jr. (ASB-5990-E68S)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

      Respectfully submitted,

      s/ Jenelle R. Evans
      Jenelle R. Evans
      BALCH & BINGHAM LLP
      P. O. Box 306
      Birmingham, AL 35201-0306
      Telephone: (205)251-8100
      Facsimile: (205)226-8798
      E-mail: jevans@balch.com
      E-mail: abaker@balch.com
      Jenelle R. Evans – ASB-2403-A35J
      S. Allen Baker, Jr. - ASB-5990-E68S