IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT COBB, et al.**, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**ALBANY INTERNATIONAL, et al.,** )<br>)<br>Defendants. )<br>)<br>) | **Case No.**<br>**2:07 CV 286-WKW** |

### NOTICE OF APPEARANCE

Comes now Jenelle R. Evans, an attorney with the firm of Balch & Bingham LLP, and hereby files her notice of appearance on behalf of defendant, General Electric Company, in the above styled action.

                                  Respectfully submitted,

                                  s/ Jenelle R. Evans
                                  One of the Attorneys for Defendant,
                                  General Electric Company

**OF COUNSEL:**

Jenelle R. Evans (ASB-2403-A35J)
S. Allen Baker, Jr. (ASB-5990-E68S)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

905404.1

## CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

    Respectfully submitted,

s/ Jenelle R. Evans
Jenelle R. Evans
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, AL 35201-0306
Telephone: (205)251-8100
Facsimile: (205)226-8798
E-mail: jevans@balch.com
E-mail: abaker@balch.com
Jenelle R. Evans – ASB-2403-A35J
S. Allen Baker, Jr. - ASB-5990-E68S