**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **ROBERT COBB, et al.** | ) | |
| | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:07-CV-286-WKW** |
| | ) | |
| **ALBANY INTERNATIONAL, et al.,** | ) | |
| | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND**
**CONFLICT STATEMENTS OF DEFENDANT FOSTER WHEELER CORPORATION**

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure, Foster Wheeler LLC,

survivor to a merger with Foster Wheeler Corporation, states:

1.    Foster Wheeler LLC is the wholly owned subsidiary of Foster Wheeler Ltd.  Foster Wheeler

Ltd. has no parent corporations, and no known publicly held company owns 10% or more of Foster

Wheeler Ltd. stock

2.    Foster Wheeler Ltd. has issued shares to the public.

1

/s/ Timothy A. Clarke_____
F. GREY REDDITT (ASB-5142-R64D)
TIMOTHY A. CLARKE (ASB-1440-R67T)
***Attorneys for Foster Wheeler Corporation***

OF COUNSEL:

VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, AL 36652-2568
Telephone: 251-432-9772
Facsimile: 251-432-9781

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

/s/ Timothy A. Clarke_____
TIMOTHY A. CLARKE