**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **ROBERT COBB, et al.** | ) |
| | ) |
| | ) |
| **PLAINTIFFS,** | ) |
| | ) |
| v. | )   **CASE NO. 2:07-CV-286-WKW** |
| | ) |
| **ALBANY INTERNATIONAL, et al.,** | ) |
| | ) |
| | ) |
| **DEFENDANTS.** | ) |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND CONFLICT STATEMENTS OF DEFENDANT GOULDS PUMPS, INC.**

COMES NOW defendant, GOULDS PUMPS, INC., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that Goulds Pumps, Inc. is a wholly owned subsidiary of ITT Industries, Inc. and no publicly held corporation owns ten percent (10%) or more of Goulds Pumps, Inc.

/s/ Timothy A. Clarke_____
F. GREY REDDITT (ASB-5142-R64D)
TIMOTHY A. CLARKE (ASB-1440-R67T)
*Attorneys for Goulds Pumps, Inc.*

OF COUNSEL:

VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, AL 36652-2568
Telephone: 251-432-9772
Facsimile: 251-432-9781

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

                                                /s/ Timothy A. Clarke_____
                                                TIMOTHY A. CLARKE