**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 8, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Robert Cobb vs. Albany International, et al**
**Case Number: 2:07cv286-WKW**

**Pleading : #80 - Notice of Appearance**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 5/7/07 as a duplicate entry to the Notice of Appearance filed by Jenelle Evans and is hereby STRICKEN from the record as a duplicate entry.**