IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT COBB, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:07-CV-286-WKW |
| ALBANY INTERNATIONAL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above-styled action does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order Number 3047:

There are no entities to be reported.


May 9, 2007                                                          /s/ Haley A. Andrews
                                                              One of the Attorneys for Defendant
                                                                     Emerson Electric Co.


OF COUNSEL:
Melody H. Eagan (HUR009)
W. Larkin Radney, IV (RAD008)
Natasha L. Wilson (WIL326)
Haley A. Andrews (AND095)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of May, 2007, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to

> G. Patterson Keahey, Jr., Esq.
> Law Offices of G. Patterson Keahey, P.C.
> One Independence Plaza
> Suite 612
> Birmingham, AL 35209

And on the 9th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama using the CM/ECF system.

s/ Haley A. Andrews
Of Counsel
