IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT COBB, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:07-CV-286-WKW |
| | ) |
| **ALBANY INTERNATIONAL, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT
### ON BEHALF OF DEFENDANT JOHN CRANE, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant John Crane, Inc. states that it is wholly owned by its parent corporation, Smiths Group, PLC and that Smiths Group, PLC owns all of the stock in John Crane, Inc.

                                              s/Frank E. Lankford, Jr.
                                              Frank E. Lankford, Jr., Esquire
                                              LAN037
                                              ASB: 8409-K71F
                                              Attorney for Defendant, John Crane, Inc.

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

### CERTIFICATE OF SERVICE

I hereby certify that on 11th of May, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

  **Daniel Ray Alexander**
    dra@carrallison.com  wmh@carrallison.com

**Haley Amanda Andrews**
    handrews@lfwlaw.com melisam@lfwlaw.com

**Schuyler Allen Baker, Jr**
    abaker@balch.com

**Cyrus C Barger, III**
    tresbarger@judelawfirm.com amyers@judelawfirm.com

**Brian Mitchell Blythe**
    bblythe@bradleyarant.com jengland@bradleyarant.com,
    ecather@bradleyarant.com

**Nathan A. Bosio**
    nbosio@doganwilkinson.com smason@doganwilkinson.com

**Terrance Michael Brown**
    mbrown@bradleyarant.com jcooper@bradleyarant.com

**C. Paul Cavender**
    pcavende@burr.com jmcmicha@burr.com

**Timothy A. Clarke**
    tclarke@vickersriis.com cmiller@vickersriis.com, llods@vickersriis.com

**Stephen Christopher Collier**
    ccollier@hplegal.com vberrong@hplegal.com

**Richard M. Crump**
    crumprm@fpwk.com annaw@fpwk.com, gwatkins@fpwk.com

**Melody Hurdle Eagan**
    meagan@lfwlaw.com

**Jenelle Rae Evans**
    jevans@balch.com

**Laura DeVaughn Goodson**
    goodsonld@fpwk.com aleservice@fpwk.com;annaw@fpwk.com

**James Addison Harris, III**
    jamey@harris-harris.com jameyharris2003@hotmail.com

**Clifton W. Jefferis**
    jefferiscw@fpwk.com edmondsonbk@fpwk.com,gwatkins@fpwk.com

**Lucy Westover Jordan**
    lj@keeselby.com

**G. Patterson Keahey, Jr**

info@mesohelp.com

**Timothy Wade Knight**
tk@keeselby.com analley@keeselby.com

**Joel M. Kuehnert**
jkuehnert@bradleyarant.com

**Frank E. Lankford, Jr**
fel@hfsllp.com tdc@hfsllp.com

**William T. Mills, II**
mrs@phm-law.com PHM@phm-law.com

**Edwin Bryan Nichols**
bnichols@maynardcooper.com bnick20@mindspring.com

**Vincent A. Noletto, Jr**
van@carrallison.com ars@carrallison.com, lls@carrallison.com

**Donald C. Partridge**
partridgedc@fpwk.com annaw@fpwk.com, gwatkins@fpwk.com

**Keith James Pflaum**
cec@phm-law.com

**William Larkin Radney, IV**
lradney@lfwlaw.com

**F. Grey Redditt, Jr**
gredditt@vickersriis.com lsanford@vickersriis.com;llods@vickersriis.com

**John Albert Smyth, III**
jsmyth@maynardcooper.com ccoggin@maynardcooper.com

**Gregory M. Taube**
greg.taube@nelsonmullins.com
jeff.mapen@nelsonmullins.com;maureen.collett@nelsonmullins.com

**Allan R. Wheeler**
awheeler@burr.com

**Natasha Lynke Wilson**
nwilson@lfwlaw.com

                                                              s/Frank E. Lankford, Jr.
                                                              Of Counsel