THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT COBB, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 2:07-CV-286-WKW |
| | ) |
| ALBANY INTERNATIONAL, et al., | ) |
| | ) |
| Defendants. | ) |

**METROPOLITAN LIFE INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney for Defendant, Metropolitan Life Insurance Company, states that Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife, Inc. MetLife, Inc. is a publicly traded company.

      /s/ Michael A. Vercher
Michael A. Vercher
Bar Number: ASB-4976-H32M
One of the Attorneys for Defendant
Metropolitan Life Insurance Company

OF COUNSEL:

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203
Telephone:     (205) 795-6588
Facsimile:      (205) 328-7234
Electronic Mail: mavercher@csattorneys.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

                                             /s/ Michael A. Vercher