IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT COBB, et al.,** * | |
| * | |
| Plaintiffs, * | |
| * | |
| v. * | CIVIL ACTION NO.: |
| * | 2:07-CV-284-WKW |
| **ALBANY INTERNATIONAL,** * | |
| et al., * | |
| * | |
| Defendants. * | |
| * | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT OF DEFENDANT CRANE PUMPS & SYSTEMS, INC.

COMES NOW defendant CRANE PUMPS & SYSTEMS, INC. pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that CRANE PUMPS & SYSTEMS, INC. has no parent corporation and no publicly held corporation that owns ten percent (10%) or more of its stock.

    /s/ Timothy A. Clarke
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)

*Attorneys for Defendant Crane Pumps & Systems, Inc.*

<u>OF COUNSEL</u>:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, AL 36652-2568
Telephone: 251-432-9772
Facsimile: 251-432-9781

## **CERTIFICATE OF SERVICE**

    I hereby certify on this 23rd day of May, 2007, that the foregoing Corporate Disclosure Statement has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                               /s/ Timothy A. Clarke
                                               OF COUNSEL