IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

ROBERT COBB, ET AL.                                                            PLAINTIFFS

V.                                                    CIVIL ACTION NO.: 2:07-CV-286-WKW

ALBANY INTERNATIONAL, ET AL.                                          DEFENDANTS

**BORG WARNER CORPORATION'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, Borg Warner Corporation states as follows, to-wit:

The Defendant is Borg Warner Corporation by and through its successor in interest, BorgWarner Morse TEC Inc. Borg Warner Corporation is not a publicly traded company. It is wholly owned by Borg Warner, Inc., which is a publicly traded company.

    Respectfully submitted,

    BORG WARNER CORPORATION,
    Defendant

    s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL & SWETMAN, LTD.
315 HEMPHILL STREET
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM

**CERTIFICATE OF SERVICE**

I, Chadwick L. Shook, do hereby certify that I have this 1st day of June served a copy of the above and foregoing by electronic means via the CM/ECF system.

                                                        s/ Chadwick L. Shook