IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

ROBERT COBB, ET AL.                                                                        PLAINTIFFS

V.                                                              CIVIL ACTION NO.: 2:07-CV-286-WKW

ALBANY INTERNATIONAL, ET AL.                                                 DEFENDANTS

**EXTECO, INC.'S
CORPORATE DISCLOSURE STATEMENT**

PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, Exteco, Inc. states as follows, to-wit:

The Defendant is Exteco, Inc. f/k/a Thermo Electric Co., Inc. Exteco, Inc. is not a publicly traded company nor does any publicly held corporation hold 10% or more if its stock.

                                        Respectfully submitted,

                                        EXTECO, INC.
                                        Defendant

                                        s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL & SWETMAN, LTD.
315 HEMPHILL STREET
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM

**CERTIFICATE OF SERVICE**

      I, Chadwick L. Shook, do hereby certify that I have this 1st day of June served a copy of the above and foregoing by electronic means via the CM/ECF system.

                                                  s/ Chadwick L. Shook