IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT COBB; HARRY FRANCHER; JOHN HENRY HAMMACK; GERALD A. HANSEN; BOBBY HARRISON; ELOISE LEWIS, individually and as spouse and personal representative of the Estate of PRINCE ALBERT LEWIS; HARLAN L. OBERT; WILLIAM E. PITCHFORD; GREER BELCHER, individually and as daughter and personal representative of the Estate of MICHAEL RAMSEY; SANDRA WATKINS, individually and as spouse and personal representative for the Estate of WILLIE FRANK WATKINS; and JACQUELINE DAILEY, individually and as personal representative of the Estate of JAMES LEE WIGGINS, deceased;<br><br>    Plaintiffs,<br><br>vs.<br><br>SURFACE COMBUSTION, et al.,<br><br>    Defendants. | Civil Action No.<br><br>2:07 CV286-WKW |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to 7.1 of the Federal Rules of Civil Procedure, Defendant SURFACE COMBUSTION, INC. makes the following disclosures:

1.    Surface Combustion, Inc. has no "parent" corporation.

2.    There is no publicly held corporation that owns Ten Percent or more of Surface Combustion, Inc.'s stock.

B DWM 748354 v1
1038803-000001 6/1/2007

Respectfully submitted on the June 1, 2007.

          s/David W. McDowell
          G. STEVEN HENRY
          (ASB - 4718N68G)
          DAVID W. McDOWELL
          (ASB - 7713-L69D)
          Attorneys for Surface Combustion, Inc.

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone: (205) 328-0480 - Facsimile: (205) 322-8007

## CERTIFICATE OF SERVICE

  I hereby certify that on June 1, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Courtt's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's CM/ECF electronic filing system.

All counsel of record.

          Respectfully submitted,

          s/David W. McDowell
          G. STEVEN HENRY (ASB - 4718N68G)
          DAVID W. McDOWELL (ASB - 7713-L69D)
          BAKER, DONELSON, BEARMAN,
          CALDWELL & BERKOWITZ, P.C.
          Wachovia Tower, Suite 1600
          420 North Twentieth Street
          Birmingham, Alabama 35203
          Telephone: (205) 250-8312
          Facsimile: (205) 488-3712