IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT COBB, et al.,** ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | **Civil Action Number:** |
| v. ) | |
| ) | **2:07-CV-286-WKW** |
| **KELLY-MOORE PAINT COMPANY,** ) | |
| **INC., et al.,** ) | |
| ) | |
|    Defendants. ) | |

### DEFENDANT KELLY-MOORE'S CONFLICT DISCLOSURE STATEMENT

COMES NOW Kelly-Moore Paint Company, Inc., a Defendant, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐    This party is an individual, or
- ☐    This party is a governmental entity, or
- ☐    There are no entities to be reported, or
- **X**    The following entities and their relationship to the party are hereby reported:

| REPORTABLE ENTITY | RELATIONSHIP TO PARTY |
|---|---|
| Kelly-Moore Paint Company, Inc. | A wholly owned subsidiary that is not publicly traded |
| K-M Industries Holding Company, Inc. | The parent corporation of Kelly-Moore Paint Company, Inc. which is not publicly traded |

<u>July 13, 2007</u>                                        <u>s/**William T. Mills, II**</u>
Date                                                             William T. Mills, II
ASB-0402-L72W; MIL014
Attorney for Kelly-Moore Paint
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
Post Office Box 530790
Birmingham, Alabama 35253-0790
Telephone (205) 980-5000
Fax (205) 980-5001
E-mail: phm@phm-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **ROBERT COBB, et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | **Civil Action Number:** |
| v. ) | |
| ) | **2:07-CV-286-WKW** |
| **KELLY-MOORE PAINT COMPANY,** ) | |
| **INC., et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 13, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy of the document to all parties of record.

    Respectfully submitted,

s/**William T. Mills, II**
William T. Mills, II
ASB-0402-L72W; MIL014
Attorney for Kelly-Moore Paint
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
Post Office Box 530790
Birmingham, Alabama 35253-0790
Telephone (205) 980-5000
Fax (205) 980-5001
E-mail: phm@phm-law.com