IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT COBB**, *et al.*, | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )     CASE NO. 2:07-cv-286-WKW |
| | ) |
| **ALABANY INTERNATIONAL**, *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Upon consideration of the Notice of Withdrawal (Doc. # 123) filed by Dan R. Alexander as counsel for defendant Kaiser Gypsum, it is ORDERED that the motion is GRANTED. Defendant Kaiser Gypsum will continue to be represented by Van A. Noletto of the law firm of Carr, Allison, Pugh, Howard, Oliver & Sisson in this matter.

DONE this 25th day of September, 2007.

                                                              /s/ W. Keith Watkins
                                                   UNITED STATES DISTRICT JUDGE