



EXR
(PDM: USFL)
Transmittal Number: 5365320

CORPORATION SERVICE COMPANY

2007 OCT -4 A 9: 53

# Return of Service of Process

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Return to Sender Information:**

W. Keith Watkins
United States District Court Judge
P.O. Box 711
Montgomery, AL 36101

| | |
|---|---|
| **Date:** | 10/01/2007 |
| **Entity:** | Uniroyal Fiber & Textile Division of Uniroyal, Inc. |
| **Title of Action:** | Robert Cobb vs. Alabany International |
| **Court:** | United States District Court, Alabama |
| **Case Number:** | 2:07-cv-286WKW |

Service of Process has been received from you on behalf of one of the defendants named in the above action.

The service of process received from you is being returned. We cannot receive this service as registered agent due to the reason(s) listed below.

Due to its inactive status, this company has terminated our services as its registered agent and has previously instructed us to not receive any legal process on its behalf.

Our client records are confidential. We do not release any information on our clients, agent representation or service received. We suggest you contact the Secretary of State, or other appropriate agency, for more information.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com