
'CT
a Wolters Kluwer business

CT
1201 Peachtree Street NE
Atlanta, GA 30361

404 965 3840 tel
www.ctlegalsolutions.com

October 02, 2007

W. Keith Watkins
Office of the Clerk , United States District Court
One Church Street,
Montgomery, AL  36101-0711

Re:  Robert Cobb, et al., Pltfs. vs. Albany International, et al. including Bayer Cropscience, Inc. individually and as successor to Aventis Cropscience USA, Inc. f/k/a Rhone-Poulence Ag Co., fka Amchem, Products Inc., Dfts.

Case No.  2:07-CV-286-WKW

Dear Sir/Madam:

We are herewith returning the Summons, Complaint which we received regarding the above captioned matter.

Bayer CropScience Inc. withdrew to do business in the State of GA on 12/31/1999. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,


Lynn MacDonald
Sr. Process Specialist

Log# 512642707

cc:  --