IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT COBB, et al.,                    *

    Plaintiffs,                        *

                                       CIVIL ACTION NUMBER
VS.                                     *      2:07-CV-286-WKW

ALBANY INTERNATIONAL, et al.,           *

    Defendants.                        *

NOTICE OF APPEARANCE

    Defendant Kaiser Gypsum Company, Inc., by and through counsel of record, Vincent A. Noletto, of the law firm of Carr Allison, hereby gives notice of appearance of David Howard and Justin Sherer of the law firm of Carr Allison as additional counsel of record for this Defendant. Vincent Noletto will remain counsel for this Defendant.

                           Respectfully submitted,

                           /s/ David K. Howard
                           /s/ Justin Sherer
                           DAVID K. HOWARD (HOWAD7585)
                           JUSTIN SHERER (SHERJ4942)
                           Attorneys for Kaiser Gypsum Company, Inc.

OF COUNSEL:

CARR ALLISON
212 South Cedar Street
Florence, Alabama 35630
Telephone (256) 718-6040
Facsimile (256) 718-2150

                           /s/ Vincent A. Noletto, Jr.
                           VINCENT A. NOLETTO, JR.  (NOLEV3868)
                           Attorney for Kaiser Gypsum Company, Inc.

OF COUNSEL:

CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
Telephone: (251) 626-9340
Facsimile: (251) 626-8928

## CERTIFICATE OF SERVICE

I hereby certify that, on the 8th of October, 2007 served a copy of the foregoing on all counsel of record via the Court's electronic filing system.


/s/ Vincent A. Noletto, Jr.
VINCENT A. NOLETTO, JR.