**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 10, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style: Robert Cobb, et al vs. Albany International, et al**
**Case Number: 2:07cv286**
**Pleading : #129 - Notice of Correction**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 10/10/07 with the wrong pdf document attached. Parties should have received a Notice of Correction rather than a Notice Non-Compliance.**

**The corrected pdf document is attached to this notice along with a corrected Notice of Appearance.**

IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT COBB, et al., | * | |
| Plaintiffs, | * | |
| | | CIVIL ACTION NUMBER |
| VS. | * | 2:07-CV-286-WKW |
| ALBANY INTERNATIONAL, et al., | * | |
| Defendants. | * | |

NOTICE OF APPEARANCE

Defendant Kaiser Gypsum Company, Inc., by and through counsel of record, Vincent A. Noletto, of the law firm of Carr Allison, hereby gives notice of appearance of David Howard and Justin Sherer of the law firm of Carr Allison as additional counsel of record for this Defendant. Vincent Noletto will remain counsel for this Defendant.

Respectfully submitted,

/s/ David K. Howard
/s/ Justin Sherer
DAVID K. HOWARD (HOWAD7585)
JUSTIN SHERER (SHERJ4942)
Attorneys for Kaiser Gypsum Company, Inc.

OF COUNSEL:

CARR ALLISON
212 South Cedar Street
Florence, Alabama 35630
Telephone (256) 718-6040
Facsimile (256) 718-2150

/s/ Vincent A. Noletto, Jr.
VINCENT A. NOLETTO, JR.  (NOLEV3868)
Attorney for Kaiser Gypsum Company, Inc.

OF COUNSEL:

CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama  36526
Telephone: (251) 626-9340
Facsimile: (251) 626-8928

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on the 8th of October, 2007 served a copy of the foregoing on all counsel of record via the Court's electronic filing system.

                                                /s/ Vincent A. Noletto, Jr.
                                                VINCENT A. NOLETTO, JR.