IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

| | |
|---|---|
| **COBB et.al.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-00286-WKM |
| **A.O. SMITH ELECTRIC PRODUCTS, et al**, | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW. ROBERT COBB; HARRY FANCHER; JOHN HENRY HAMMACK; GERALD A. HANSEN; BOBBY HARRISON; ELOISE LEWIS, individually and as spouse and personal representative of the Estate of PRINCE ALBERT LEWIS; HARLAN L. OBERG; WILLIAM E. PITCHFORD; GREER BELCHER, Individually and as daughter and personal representative of the Estate of MICHAEL RAMSEY; SANDRA WATKINS, individually and as spouse and personal representative for the Estate of WILLIE FRANK WATKINS; and JACQUELINE DAILEY, individually and as daughter and personal representative for the estate of JAMES LEE WIGGINS, deceased; a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| | |
|---|---|
|    11/30/2007    | s/ G. Patterson Keahey, Jr. |
| Date | *Counsel for All Plaintiffs* |
| | G. Patterson Keahey, Jr. ASB-6357-A64G |
| | Law Offices of G. Patterson Keahey, P.C. |
| | One Independence Plaza, Suite 612 |
| | Birmingham, Alabama 35209 |
| | Telephone: (205) 871-0707 |
| | Facsimile: (205) 871-0801 |
| | E-mail: info@mesohelp.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>  DIVISION

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007 I have electronically filed the foregoing with the Clerk of the Court using the CM/EMF system.

                                                S/G Patterson Keahey
                                            _____
                                            G. PATTERSON KEAHEY, P.C.
                                            *Attorney for Plaintiff*