THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT COBB, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| vs. ) | 2:07-CV-00286-WKW |
| ) | |
| ALBANY INTERNATIONAL, et al., ) | |
| ) | |
| Defendants. ) | |

**CONWED CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Conwed Corporation, and makes this following disclosure statement pursuant to Fed. Civ. P. 7.1 and this Court's Order Bearing Civil Misc. No. 00-3047:

1. Whether the named Defendant has a parent company, and if so, what company.

    **Yes, Leucadia, Inc.**

2. Whether the named Defendant has publicly traded stock.

    **No.**

3. Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

    **No.**

Respectfully submitted,

DOGAN & WILKINSON, PLLC

s/ Nathan A. Bosio
NATHAN A. BOSIO

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007 I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

> Respectfully submitted,
>
> s/ Nathan A. Bosio
> NATHAN A. BOSIO
> AL Bar # 4003-A55B
> Attorney for Defendant Conwed Corporation
> DOGAN & WILKINSON, PLLC
> P.O. Box 1618
> Pascagoula, MS 39568
> Telephone: (228)762-2272
> Facsimile: (228) 762-3223

W:\ASBESTOS\STATE\Alabama\Complaint Answers\Conwed\Cobb, Robert Corporate Disclosure.wpd