IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT COBB, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:07-CV-286-WKW |
| | ) |
| ALBANY INTERNATIONAL, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
ON BEHALF OF DEFENDANT JOHN CRANE, INC.**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant John Crane, Inc. states that it is wholly owned by its parent corporation, Smiths Group, PLC and that Smiths Group, PLC owns all of the stock in John Crane, Inc.

    /s/Frank E. Lankford, Jr.
    Frank E. Lankford, Jr., Esquire
    LAN037
    ASB: 8409-K71F
    Attorney for Defendant, John Crane, Inc.

OF COUNSEL:
**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

**CERTIFICATE OF SERVICE**

    I hereby certify that on 3rd of December, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties.

    /s/Frank E. Lankford, Jr.
    Of Counsel