IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Robert Cobb, et al., )
_____, )
  )
  Plaintiff, )
  )
v. ) CASE NO. 2:07CV286-WKW
  )
ALBANY INTERNATIONAL, et al., )
_____, )
  )
  Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Union Carbide Corporation, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/12/2007
Date

/s/ Elizabeth B. Padgett
(Signature)

Elizabeth B. Padgett
(Counsel's Name)

Union Carbide Corporation
Counsel for (print names of all parties)
4000 SUNTRUST PLAZA
303 Peachtree Street, Atlanta GA 30308
Address, City, State Zip Code
404-614-7417
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Elizabeth B. Padgett, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 12th day of December 2007, to:

All counsel of record as provided by the CM/ECF system.

12/12/2007
Date

/s/ Elizabeth B. Padgett
Signature