IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT COBB, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
ALBANY INTERNATIONAL, et al.,

    Defendants.

CIVIL ACTION NO.
2:07CV286-WKW

_____/

**JOINDER AND ADOPTION BY UNION CARBIDE CORPORATION, FOSECO, INC., AND MAREMONT CORPORATION IN MOTION TO DISMISS OR ALTERNATIVELY, MOTION FOR SEVERANCE AND TRANSFER AND/OR FOR MORE DEFINITE STATEMENT**

COME NOW Defendants Union Carbide Corporation, Foseco, Inc., and Maremont Corporation and hereby join in and adopt as though fully set forth Motion to Dismiss or Alternatively, Motion for Severance and Transfer and/or More Definite Statement filed herein by Defendant Borg-Warner Corporation on June 1, 2007.

WHEREFORE, for all the arguments, citations to authority and for all other grounds the court deems applicable, Defendants Union Carbide Corporation, Foseco, Inc., and Maremont Corporation respectfully request this Honorable Court to grant the Motion to Dismiss or Alternatively, Motion for Severance and Transfer and/or More Definite Statement filed herein by Defendant Borg-Warner Corporation and to further grant all additional relief this Honorable Court deems necessary and proper.

Respectfully submitted this 13th day of December, 2007.

**HAWKINS & PARNELL, LLP**

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE 019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD015)
Alabama Bar No. ASB-3936-C60P

Counsel for Foseco, Inc., Maremont Corporation and Union Carbide Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served the foregoing on all counsel by electronic filing and served Plaintiffs' counsel at the following address by U. S. Mail, with proper postage affixed:

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, AL 35209

This 13th day of December, 2007.

HAWKINS & PARNELL, LLP

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)
Alabama Bar No. ASB-3936-C60P

Counsel for Foseco, Inc., Maremont Corporation and Union Carbide Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400