AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ROBERT COBB, et al

V.

ALBANY INTERNATIONAL, ET AL

*ALIAS*
SUMMONS IN A CIVIL ACTION

CASE NUMBER:  2:07-CV-286

TO: (Name and address of Defendant)

BECHTEL CONSTRUCTION COMPANY
c/o Its Registered Agent:
Corporation Trust Company
6100 Neil Road, Suite 500
Reno, NV, 89511

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*           December 14, 2007

CLERK           DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / elt FRSieVtKeleRl D tKe delendDnt'VdweCong KRu\e RLusual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEi | SERVICES | TOTAi $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

_____
Signature of Server

_____
Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

2:07cv286

Postage $
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: BECHTEL CONSTRUCTION COMPANY
c/o Its Registered Agent:
Corporation Trust Company
6100 Neil Road, Suite 500
Reno, NV, 89511

Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, Ju

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ROBERT COBB, et al

V.

ALBANY INTERNATIONAL, ET AL

*ALIAS*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    2:07-CV-286

TO: (Name and address of Defendant)

GOODYEAR TIRE AND RUBBER CO.
c/o Its Registered Agent:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE, 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                          December 14, 2007
CLERK                                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITiE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSieVtKeleRI D tKe deIendDnt'VdweOng KRuVe RUusual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEi | SERVICES | TOTAi $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                    *Signature of Server*

_____
*Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

2:07cv286

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

GOODYEAR TIRE AND RUBBER CO.
c/o Its Registered Agent:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE, 19808

PS Form 3800, Ju

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ROBERT COBB, et al

*Alias*

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER:   2:07-CV-286

TO: (Name and address of Defendant)

BP America
c/o Its Registered Agent: Corporation Trust Company
1209 Orange Street
Wilmington, DE, 19801

**YOU ARE HEREBY SUMMONED** Dnd leTuiled tR VelVe Rn P/ AI1 TI) ) 'S ATTOR1 ( Y (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summonsl within _____20_____ days after service of this summons on youl exclusive of the day of service. If you fail to do sol judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                                December 14, 2007

Ci ERK                                                                                         DATE

*[signature]*

(By) DEPUTv Ci ERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSieVtKeLéRI D tKe deIendDnt'VdweOng KRuVé RLusual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEl | SERVICES | TOTAl $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                                  *Signature of Server*

                        _____
                                  *Address of Server*

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage  $
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

2:07cv286

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

BP AMERICA
c/o Its Registered Agent:
Corporation Trust Company
1209 Orange Street
Wilmington, DE, 19801

PS Form 3800, J

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ROBERT COBB, et al

V.

ALBANY INTERNATIONAL, ET AL

*Alias*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-286

TO: (Name and address of Defendant)

ARVINMERITOR, INC.
c/o Its Registered Agent:
Corporation Trust Company of Nevada
6100 Neil Road, Suite 500
Reno, NV, 89511

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett* _____   December 14, 2007
CLERK                                                                    DATE

_Dana M. Wrinkleet_ (signature)
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSieVtKeleRl D tKe delendDnt'VdweQng KRu\e RLusual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEi | SERVICES | TOTAi $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                         Signature of Server

                                                        _____
                                                        Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 2:07cv286 |
|---|---|---|
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: ARVINMERITOR, INC.
c/o Its Registered Agent:
Corporation Trust Company of Nevada
6100 Neil Road, Suite 500
Reno, NV, 89511

PS Form 3800,

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ROBERT COBB, et al

V.

ALBANY INTERNATIONAL, ET AL

*Alias*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-286

TO: (Name and address of Defendant)

BP AMOCO CHEMICAL COMPANY
c/o Its Registered Agent:
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

_Donna M. Nowfleet_
(By) DEPUTY CLERK

December 14, 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                           Signature of Server

                                   _____
                                             Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

2:07cv286

Postmark Here

Sent To
BP AMOCO CHEMICAL COMPANY
Street, Apt. No.; c/o Its Registered Agent:
or PO Box No. Corporation Trust Company
City, State, ZIP+4 1209 Orange Street
Wilmington, DE 19801

PS Form 3800

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

ROBERT COBB, et al

*Alias*

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:07-CV-286

TO: (Name and address of Defendant)

BAYER CROPSCIENCE, INC.,
c/o Its Registered Agent
Corporation Service Company
80 State Street
Albany, NY, 12207-2543

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                December 14, 2007
CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / elt FRSieVtKeléRl D tKe delendDnt' Vdwe@ng KRu\é RLusual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEi | SERVICES | TOTAi $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                       *Signature of Server*

                         _____
                              *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

2:07cv286

Postmark Here

Sent To
Street, Apt. No.;
or PO Box No.
City, State, ZIP+

BAYER CROPSCIENCE, INC.,
c/o Its Registered Agent
Corporation Service Company
80 State Street
Albany, NY, 12207-2543

PS Form 3800

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.