| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>*Laura Cooper*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>GOODYEAR TIRE AND RUBBER CO.<br>c/o Its Registered Agent:<br>Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE, 19808<br><br>2:07CV286 alias sm/cmp | D. Is delivery address different from item 1?  ☒ Yes  ☐ No<br>If YES, enter delivery address below:<br>DEC 17 2007<br>WILMINGTON DE S-19808<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0800 3804 |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540