**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0200 tel
302 658 2919 fax
www.ctlegalsolutions.com

RECEIVED

2007 DEC 26 P 2:06

U.S. DISTRICT C...
MIDDLE DISTRICT AL.

December 18, 2007

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza,
Suite 612,
Birmingham, AL 35209

Re: Robert cobb, et al., Pltfs. vs. Albany International, et al., Dfts. // To: BP America

Case No. 2:07-CV-286

Dear Sir/Madam:

We are herewith returning the Alias Summons, Return of Service Form, Complaint which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: BP America. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,

*[signature]*

Anna Stewart
Process Specialist

Log# 512894494

Fedex No.: 7914 5867 0600

cc: United States District Court
    Johnson U.S. CtHse,
    Room B-110,
    One Church St.,
    Montgomery, AL 36101-0711