**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BP AMOCO CHEMICAL COMPANY
   c/o Its Registered Agent:
   Corporation Trust Company
   1209 Orange Street
   Wilmington, DE 19801

   2:07cv286 aliaosm/cmp

2. Article Number
   (Transfer from service label)

   7003 3110 0004 0800 3828

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                  DEC 18 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540