IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROBERT COBB, ET AL.** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| VS. | ) | **2:07CV286-WKW** |
| | ) | |
| **ALBANY INTERNATIONAL, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

**COMES NOW** BP Amoco Chemical Company, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047 and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states through the undersigned counsel, that BP America Inc. is the parent company of BP Amoco Chemical Company and that BP p.l.c. is the parent company of BP America Inc.  BP p.l.c. is a publicly traded corporation organized under the laws of England and Wales and may be sued ONLY under the terms of the Hauge Convention.   There is no publicly held corporation which owns 10% or more of the stock of any of these companies.

This the 7th day of January, 2008.

                                                          //s// Donald C. Partridge
                                                          Richard M. Crump (CRUMR6839)
                                                          Donald C. Partridge (PARTD6713)
                                                          Laura D. Goodson (GOODL0579)
                                                          200 South Lamar Street, Suite 100
                                                          Post Office Box 22608
                                                          Jackson, Mississippi 39225-2608
                                                          Telephone: (601) 960-8600
                                                          Attorneys for Defendant BP Amoco Chemical Company

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT COBB, ET AL.** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **VS.** ) | **2:07CV286-WKW** |
| ) | |
| **ALBANY INTERNATIONAL, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and all Defense Counsel of Record, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

Respectfully submitted,

  //s/Donald C. Partridge
Richard M. Crump (CRUMR6839)
Donald C. Partridge (PARTD6713)
Laura D. Goodson (GOODL0579)