## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROBERT COTT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No.:** |
| | ) | |
| **v.** | ) | **2:07-cv-286-WKW** |
| | ) | |
| **ASBESTOS DEFENDANTS:** | ) | |
| **ALBANY INTERNATIONAL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## THE GOODYEAR TIRE & RUBBER COMPANY'S
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant, The Goodyear Tire & Rubber Company, moves this Court to dismiss the Plaintiffs' Complaint against it and in support of this motion says as follows:

1.     Rule 4(m) of the Federal Rules of Civil Procedure states that an action shall be dismissed if a plaintiff cannot show good cause why service was not had upon a defendant within one hundred twenty days after the filing of the complaint.

2.     The Complaint in this case was filed on April 4, 2007.

3.     An original summons to Goodyear Tire and Rubber Co. ("Goodyear") was issued by this Court on April 11, 2007.  Plaintiffs' original summons was not addressed to Goodyear's registered agent for service of process in Alabama.  Instead, it was addressed to a company in Mississippi.

4.     Goodyear's correct registered agent is public record.  Additionally, the Plaintiffs' attorney knows Goodyear's correct registered agent in Alabama because he regularly sues Goodyear in asbestos cases.

5.    An alias summons to Goodyear was issued by this Court on December 14, 2007. Considerably more than 120 days elapsed before Plaintiffs requested an alias summons.

6.    Pursuant to Rule 4(m), this action against Goodyear should be dismissed due to Plaintiffs' failure to serve Goodyear with a summons and complaint within 120 days after the filing of the complaint on April 4, 2007.

7.    Plaintiffs have not, and under the circumstances cannot, show good cause why service on Goodyear was not perfected within 120 days after the filing of the complaint.

8.    Goodyear reserves all defenses it may have in this case and does not waive those defenses by filing this motion to dismiss.

/s/ William L. Waudby
One of the Attorneys for Defendant,
The Goodyear Tire & Rubber Co.

Of Counsel:
William L. Waudby
BAKER, DONELSON, BEARMAN
  CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203
bwaudby@bakerdonelson.com
(205) 244-3894 – direct telephone
(205) 488-3737 – direct fax

## Certificate of Service

I hereby certify that I have on this the 7th day of January, 2008, filed and served a copy of the foregoing on all counsel of record by electronic mail via the Court's electronic filing system.

/s/ William L. Waudby
Of Counsel

B WLW 769329 v1
2616900-010545 1/7/2008