IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT COBB, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: |
| ) | |
| v. ) | 2:07-cv-286-WKW |
| ) | |
| ASBESTOS DEFENDANTS: ) | |
| ALBANY INTERNATIONAL, et al., ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**THE GOODYEAR TIRE & RUBBER CO.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, The Goodyear Tire & Rubber Co., discloses that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

/s/ William L. Waudby
One of the Attorneys for Defendant,
The Goodyear Tire & Rubber Co.

Of Counsel:
William L. Waudby
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203
(205) 244-3894 – direct telephone
(205) 488-3737 – direct fax

**Certificate of Service**

I hereby certify that I have on this the 7th day of January, 2008, filed and served a copy of the foregoing on all counsel of record by electronic mail via the Court's electronic filing system.

/s/ William L. Waudby
Of Counsel

B WLW 769344 v1
2616900-010545 1/7/2008