IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Robert Cobb
_____,  )
                                       )
     Plaintiff,                        )
                                       )
v.                                     )   CASE NO. 2:07cv286-wkw
                                       )
ALBANY INTERNATIONAL, et al.,          )
_____,   )
                                       )
     Defendants,                       )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Arvinmeritor Corporation</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| MAREMONT CORPORATION | SUBSIDIARY |
|  |  |
|  |  |

1/9/2008
Date

/s/ Elizabeth B. Padgett
(Signature)

Elizabeth B. Padgett
(Counsel's Name)

ARVINMERITOR, INC.
Counsel for (print names of all parties)

4000 Suntrust Plaza
303 Peachtree Street, Atlanta GA 30308
Address, City, State Zip Code

404-614-7400
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Elizabeth B. Padgett_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 9TH_____ day of January_____ 20 08, to:

All counsel of record as provided by the CM/ECF system_____

_____

_____

_____

_____

1/9/2008_____            /s/ Elizabeth B. Padgett_____
            Date                                                     Signature