IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| Robert Cobb, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBANY INTERNATIONAL, et al., )<br>)<br>Defendant, ) | CASE NO. 2:07cv286-wkw |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Bayer Cropscience, Inc. f/k/a Aventis Cropscience USA, Inc. (f/k/a Rhone Poulenc AG Company, Inc. f/k/a Rhone Poulenc, Inc., f/k/a Union Carbide Agricultural Products, Inc. f/k/a Amchem Products, Inc., a successor to Benjamin Foster Company), a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Aventis Cropscience, Inc. | Name formally know as |
| Rhone Poulenc AG Company, Inc. | Name formally know as |
| Rhone Poulenc, Inc. | Name formally know as |
| Union Carbide Agricultural Products, Inc. | Name formally know as |
| Amchem Products, Inc. a successor to Benjamin Foster Company | Name formally know as |

<u>January 10, 2008</u>
Date

<u>/s/ Elizabeth B. Padgett</u>
Counsel Signature

<u>Bayer Cropscience, Inc.</u>
Counsel for (print names of all parties)

4000 SunTrust Plaza
303 Peachtree Street, Atlanta GA 30308
<u>Address, City, State Zip Code</u>

<u>404-614-7400</u>
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Elizabeth B. Padgett, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 10th day of January 2008, to:

    All counsel of record as provided by the CM/ECF system

| | |
|---|---|
| January 10, 2008 | /s/ Elizabeth B. Padgett |
| Date | Signature |