# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT COBB; HARRY FRANCHER; JOHN HENRY HAMMACK; GERALD A. HANSEN; BOBBY HARRISON; ELOISE LEWIS, individually and as spouse and personal representative of the Estate of PRINCE ALBERT LEWIS; HARLAN L. OBERT; WILLIAM E. PITCHFORD; GREER BELCHER, individually and as daughter and personal representative of the Estate of MICHAEL RAMSEY; SANDRA WATKINS, individually and as spouse and personal representative for the Estate of WILLIE FRANK WATKINS; and JACQUELINE DAILEY, individually and as personal representative of the Estate of JAMES LEE WIGGINS, deceased;<br><br>    Plaintiffs,<br><br>vs.<br><br>SURFACE COMBUSTION, et al.,<br><br>    Defendants. | Civil Action No.<br><br>2:07 CV286-WKW |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that G. Steven Henry hereby withdraws from representation of SURFACE COMBUSTION. Defendant will continue to be represented by David W. McDowell.

            /s/ G. Steven Henry
            G. STEVEN HENRY
            (ASB - 4718N68G)
            DAVID W. McDOWELL
            (ASB - 7713-L69D)
            Attorneys for Surface Combustion, Inc.

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:   (205) 328-0480  -  Facsimile: (205) 322-8007

## CERTIFICATE OF SERVICE

      I hereby certify that on January 14, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's CM/ECF electronic filing system.

All counsel of record.

      Respectfully submitted,

      /s/ G. Steven Henry
      G. STEVEN HENRY (ASB - 4718N68G)