| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scott Sebaska_  ☑ Agent ☐ Addressee<br>B. Received by ( *Printed Name*)  C. Date of Delivery<br>'JAN 0 8 2008 |
| 1. Article Addressed to:<br><br>BP America Inc.<br>c/o Registered Agent for Service of Process:<br>The Corporation Trust Company,<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>07CV286 (Second Alias) |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 3110 0004 0800 4412 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540