IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT COBB, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-286-WKW |
| ) | |
| ALBANY INTERNATIONAL, *et al..*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Notice of Withdrawal (Doc. # 171), which is construed as a Motion to Withdraw, filed by attorney G. Steven Henry for Surface Combustion, it is ORDERED that the motion is GRANTED.

DONE this 15th day of January, 2008.

                                     /s/  W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE