# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT COBB, et al., | ) |
| | ) |
|     Plaintiffs, | )    CIVIL ACTION NO. |
| | )    2:07CV286-WKW |
| vs. | ) |
| | ) |
| ASBESTOS DEFENDANTS: | ) |
| | ) |
| ALBANY INTERNATIONAL, et al., | ) |
| | ) |
|     Defendants. | ) |

## DISCLOSURE STATEMENT OF DEFENDANT SQUARE D COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)

NOW COMES SQUARE D COMPANY ("SQUARE D"), pursuant to Fed.R.Civ.P. 7.1, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for the Defendant, SQUARE D COMPANY, certify that, based upon information and belief, the following is the ultimate parent company of SQUARE D COMPANY and has issued shares of securities to the public: Schneider Electric, SA, incorporated under the laws of France, and traded on the Paris Stock Exchange.

                                        Respectfully submitted,

                                        s/Edward B. McDonough, Jr.
                                        Edward B. McDonough, Jr. (MCDOE0149)
                                        Gary W. Fillingim (FILLG1161)
                                        Attorneys for Defendant,
                                        SQUARE D COMPANY

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of January 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                       s/Edward B. McDonough, Jr.
                                       Edward B. McDonough, Jr.