IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| Robert Cobb<br>_____,<br><br>Plaintiff,<br><br>v.<br><br>ALBANY INTERNATIONAL, et al.,<br>_____,<br><br>Defendants, | )<br>)<br>)<br>)<br>)  CASE NO. 2:07cv286-wkw<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Foseco Inc.  , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Georgetown Holding Company | Parent |
| | |
| | |

1/28/2008
Date

/s/ Evelyn Fletcher
(Signature)

Evelyn Fletcher (FLETE1485)
(Counsel's Name)

Foseco Inc.
Counsel for (print names of all parties)

4000 Suntrust Plaza
303 Peachtree Street, Atlanta GA 30308
Address, City, State Zip Code

404-614-7400
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Evelyn Fletcher_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 28th____ day of January_____ 20 08, to:

All counsel of record as provided by the CM/ECF system

_____

1/28/2008                                             /s/ Evelyn Fletcher
        Date                                                    Signature