IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 875

ROBERT COBB, et al.,
vs. ASBESTOS DEFENDANTS:
ALBANY INTERNATIONAL, et. al.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT COBB, et al.,

        Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
ALBANY INTERNATIONAL, et al.,

        Defendants.

CIVIL ACTION NO.
2:07CV286-WKW

**JOINDER AND ADOPTION IN BP AMERICA'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE OR IN THE ALTERNATIVE, MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e); AND MOTION TO REQUIRE PARTICULARITY <u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 9(b)</u>**

    COME NOW Defendants Bayer Cropscience, Inc. F/K/A Aventis Cropscience USA, Inc. (F/K/A Rhone Poulenc Ag Company, Inc. F/K/A Rhone Poulenc, Inc., F/K/A Union Carbide Agricultural Products, Inc. F/K/A Amchem Products, Inc., A Successor To Benjamin Foster Company), Union Carbide Corporation, Foseco, Inc., and Maremont Corporation and hereby join in and adopt as though fully set forth BP America's Motion to Dismiss for Failure to Comply with Rule 4(m) of the Federal Rules of Civil Procedure or in the Alternative, Motion to Dismiss

Pursuant to Federal Rules of Civil Procedure 12(b)(6) or in the Alternative Motion for More Definite Statement Pursuant to Federal Rule of Civil Procedure 12(e); and Motion to Require Particularity Pursuant to Federal Rule of Civil Procedure 9(b) filed herein on February 6, 2008.

WHEREFORE, for all the arguments, citations to authority and for all other grounds the court deems applicable, Defendants Bayer Cropscience, Inc., Union Carbide Corporation, Foseco, Inc., and Maremont Corporation respectfully request this Honorable Court to grant the BP America's Motion to Dismiss for Failure to Comply with Rule 4(m) of the Federal Rules of Civil Procedure or in the Alternative, Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) or in the Alternative Motion for More Definite Statement Pursuant to Federal Rule of Civil Procedure 12(e); and Motion to Require Particularity Pursuant to Federal Rule of Civil Procedure 9(b) and to further grant all additional relief this Honorable Court deems necessary and proper.

Respectfully submitted this 10th day of March, 2008.

                        HAWKINS & PARNELL, LLP

                        /s/ Evelyn M. Fletcher
                        Evelyn M. Fletcher (FLE 019)
                        AL Bar No. ASB-1485-C19E
                        Elizabeth B. Padgett (PAD015)
                        Alabama Bar No. ASB-3936-C60P

                        Counsel for Bayer Cropscience, Inc., Foseco,
                        Inc., Maremont Corporation and Union Carbide
                        Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

**CERTIFICATE OF SERVICE**

10373668-1

I HEREBY CERTIFY that I have this date served the foregoing on all counsel by electronic filing and served Plaintiffs' counsel at the following address by U. S. Mail, with proper postage affixed:

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, AL 35209

This 10th day of March, 2008.

**HAWKINS & PARNELL, LLP**

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)
Alabama Bar No. ASB-3936-C60P

Counsel for Bayer Cropscience, Inc., Foseco, Inc., Maremont Corporation and Union Carbide Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

10373668-1