IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT COBB, ET AL. | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.  2:07-286 |
| | ) | |
| ALBANY INTERNATIONAL, ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

## MOTION FOR PARTIAL SUMMARY JUDGEMENT

COME NOW Borg-Warner Corporation by its Successor, BorgWarner Morse TEC, Inc.; and Exteco, Inc. f/k/a Thermo Electric Co. Inc. (hereinafter "Moving Defendants") and hereby move this Court for partial summary judgment in their favor and against certain Plaintiffs in this case.  As grounds thereof, Moving Defendants would show unto the Court as follows:

1.      There are eleven plaintiffs in this case.  Moving Defendants seek summary judgment and dismissals of the claims of four Plaintiffs on two different grounds.

2.      Moving Defendants seek dismissal of the following Plaintiff because his last work in Alabama was prior to 1979 and he did not bring his claim within a year of his last exposure: William E. Pitchford.

3.      Moving Defendants seek dismissal of the final three Plaintiffs due to failure to comply with the Alabama wrongful death statute which requires that any wrongful death action be brought by the personal representative of decedent's estate prior to expiration of two years after

decedent's death.  The names of the workers whose personal representative did not bring a claim in this lawsuit are:  Prince Albert Lewis, Willie Frank Watkins and James Lee Wiggins.

4.      Moving Defendants are NOT seeking summary judgment against the following plaintiffs at the current time:  Robert Cobb, Bobby Harrison, Harry Fancher, John Henry Hammack, Gerald A. Hansen, Harlan L. Oberg, and Greer Belcher as personal representative of the Estate of Michael Ramsey.

### Undisputed Material Facts

5.      As shown at Exhibit 1 Prince Albert Lewis died on June 26, 2005, Willie Frank Watkins died on May 22, 2005; and James Lee Wiggins died on June 13, 2005.

6.      As of March 27, 2008, no estate had been established for any of these workers.  See Affidavits at Exhibit 2.

7.      Plaintiff William E. Pitchford's last date of alleged exposure was in 1975 in Birmingham, Alabama.  (See Complaint, Paragraph 8).  Thus, the "discovery rule" of Ala. Code § 6-2-30(b) does not apply, since his alleged last exposure was prior to May 19, 1979.

8.      Attached as Exhibit 3 is the Schedule of Parties required by MDL Rule 7.2 (a)(ii).

### Conclusion

9.      Moving Defendants contend that there is no genuine issue as to any material fact and that they are entitled to a judgment as a matter of law for the claims of the four Plaintiffs described herein.

WHEREFORE, PREMISES CONSIDERED, Moving Defendants respectfully request that their Motion for Partial Summary Judgment be granted as to the claims of the four Plaintiffs outlined herein, and that the claims against Moving Defendants and all other Defendants be dismissed with prejudice.

Respectfully submitted,

BORG-WARNER CORPORATION BY ITS
SUCCESSOR, BORGWARNER MORSE TEC,
INC.; AND EXTECO, INC. F/K/A THERMO
ELECTRIC CO. INC.


s/Rocky W. Eaton (EAT002)
COUNSEL FOR SAID DEFENDANTS

Of Counsel:

Rocky W. Eaton, EAT002

Aultman, Tyner, Ruffin & Swetman, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Phone:  601-583-2671
Facsimile:  601-583-2677

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 1st day of April, 2008 served a copy of the above and

foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.


s/ Rocky W. Eaton

# Exhibit 1



Welcome to RootsWeb.com Sign in

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

# Social Security Death Index Search Results

81,074,156 Records
last updated on 2-22-2008



The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|-------|-------|---------|---------|
| SSN | ██ 3149 | 1 | |

Viewing **1-1** of **1**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------|-------|----------------|--------------|-----|--------|-------|---------------|
| PRINCE A LEWIS | ██ 1944 | 26 Jun 2005 (V) | 36736 (Dixons Mills, Marengo, AL) | (none specified) | ██-3149 | Alabama | SS-5 Letter  Add Post-em  Search Ancestry.com | 🛒 |

Viewing **1-1** of **1**

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

| Last name | | Exact |
|-----------|--|-------|
| First Name | | |
| Middle Name | | (initial) |
| SSN | ██ 3149 | |

| **Last Residence** | | **Last Benefit** |
|--------------------|--|------------------|
| Zip | | |
| State | | |
| County | | |
| City | | |

Birth
| Year | | Month | Any | Day | Any |

Death
| Year | | Month | Any |

| Issue | Any State | |



Welcome to RootsWeb.com Sign in



DISCOVER MORE >

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

# Social Security Death Index Search Results

81,074,156 Records
last updated on 2-22-2008

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|-------|-------|---------|---------|
| SSN | ███9675 | 1 | |

Viewing **1-1** of **1**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------|-------|----------------|--------------|-----|--------|-------|---------------|
| WILLIE F WATKINS | █ 1954 | 22 May 2005 (V) | 35211 (Birmingham, Jefferson, AL) | (none specified) | █████-9675 | Alabama | SS-5 Letter Add Post-em Search Ancestry.com | 🛒 |

Viewing **1-1** of **1**

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

Last name          [                    ]  [ Exact      ]
First Name         [                    ]
Middle Name        [                    ]  (initial)
SSN                [███9675        ]

**Last Residence**              **Last Benefit**
Zip      [          ]            [          ]
State    [      ]                [      ]
County   [              ]        [              ]
City     [              ]        [              ]
Birth
Year     [      ]   Month   [ Any ▾ ]   Day   [ Any ▾ ]
Death
Year     [      ]   Month   [ Any ▾ ]
Issue    [ Any State                        ▾ ]
[ Submit ]  [ Clear ]  [ Simple Search ]





Welcome to RootsWeb.com Sign in

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

# Social Security Death Index Search Results

81,074,156 Records
last updated on 2-22-2008

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|-------|-------|---------|---------|
| SSN | ███7129 | 1 | |

Viewing **1-1** of **1**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------|-------|----------------|--------------|-----|--------|-------|---------------|
| JAMES L WIGGINS | ██ 1927 | 13 Jun 2005 | 36604 (Mobile, Mobile, AL) | (none specified) | ███-7129 | Alabama | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |

Viewing **1-1** of **1**

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

| Last name | | Exact |
|-----------|---|-------|
| First Name | | |
| Middle Name | | (initial) |
| SSN | ███7129 | |

**Last Residence**          **Last Benefit**

| Zip | | |
| State | | |
| County | | |
| City | | |

Birth

| Year | | Month | Any | Day | Any |

Death

| Year | | Month | Any |

| Issue | Any State | |

[ Submit ]  [ Clear ]  [ Simple Search ]

# Exhibit 2

STATE OF MISSISSIPPI
COUNTY OF FORREST

### **AFFIDAVIT OF BRIDGET SMITH**

My name is Bridget Smith and I have personal knowledge of the matters in this affidavit.

On March 27, 2008, I placed a telephone call to the clerk of the Probate Court of Marengo County, Alabama, requesting information on any estate that may have been established for Prince A. Lewis. I was informed by Sheila Wilkerson, Deputy Probate Clerk, that no estate had ever been established for Prince A. Lewis in the Probate Clerk's office in Marengo County, Alabama.

FURTHER AFFIANT SAYETH NAUGHT.

Bridget Smith

Sworn to and subscribed before me on this the 27th day of March, 2008.

NOTARY PUBLIC

My Commission Expires: _____



STATE OF MISSISSIPPI
COUNTY OF FORREST

### AFFIDAVIT OF BRIDGET SMITH

My name is Bridget Smith and I have personal knowledge of the matters in this affidavit.

On March 27, 2008, I placed a telephone call to the clerk of the Probate Court of Jefferson County, Alabama, requesting information on any estate that may have been established for Willie F. Watkins. I was informed by Janice Roy, Deputy Probate Clerk, that no estate had ever been established for Willie F. Watkins in the Probate Clerk's office in Jefferson County, Alabama.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Bridget Smith

Sworn to and subscribed before me on this the 27th day of March, 2008.

_____
NOTARY PUBLIC

My Commission Expires: _____



STATE OF MISSISSIPPI
COUNTY OF FORREST

### AFFIDAVIT OF BRIDGET SMITH

My name is Bridget Smith and I have personal knowledge of the matters in this affidavit.

On March 27, 2008, I placed a telephone call to the clerk of the Probate Court of Mobile County, Alabama, requesting information on any estate that may have been established for James L. Wiggins. I was informed by Dianne Watson, Deputy Probate Clerk, that no estate had ever been established for James L. Wiggins in the Probate Clerk's office in Mobile County, Alabama.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Bridget Smith

Sworn to and subscribed before me on this the 27th day of March, 2008.

_____
NOTARY PUBLIC

My Commission Expires: _____

STATE OF MISSISSIPPI
COUNTY OF FORREST

### **AFFIDAVIT OF BRIDGET SMITH**

My name is Bridget Smith and I have personal knowledge of the matters in this affidavit.

On March 27, 2008, I placed a telephone call to the clerk of the Probate Court of Jefferson County, Alabama, requesting information on any estate that may have been established for Michael S. Ramsey. I was informed by the Janice Roy, Deputy Probate Clerk, that an estate had been established for Michael S. Ramsey, but that the Petition for Probate had been filed by First American Bank in the Probate Clerk's office in Jefferson County, Alabama. I contacted John Hartman, III, attorney for the Ramsey family and was informed of the death of both heirs to the estate, Martin R. Ramsey, a son deceased March 27, 2007, and Greer Belcher, a daughter, deceased in May 16, 2007. The attached results from a Social Security Death Index search confirm Greer Belcher's death on May 16, 2007.

FURTHER AFFIANT SAYETH NAUGHT.

Bridget Smith

Sworn to and subscribed before me on this the 28th day of March, 2008.

NOTARY PUBLIC

My Commission Expires

TAMMY M. MATLOCK, LAMAR COUNTY MS
NOTARY PUBLIC
My Commission Expires March 23, 2011





Welcome to RootsWeb.com Sign in

DISCOVER MORE >

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

# Social Security Death Index Search Results

81,074,156 Records
last updated on 2-22-2008

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|---|---|---|---|
| SSN | ████0435 | 1 | |

Viewing **1-1** of **1**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| GREER R BELCHER | ██ 1961 | 16 May 2007 (V) | 35226 (Birmingham, Jefferson, AL) | (none specified) | ███-0435 | Alabama | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |

Viewing **1-1** of **1**

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

| Last name | | Exact |
|---|---|---|
| First Name | | |
| Middle Name | | (initial) |
| SSN | ████0435 | |

Submit    Clear    Advanced Search

CPU seconds used 0.012998

For more info about the SSDI, see http://www.rootsweb.com/~rwguide/lesson10.htm
For help using the SSDI search, see Problem solving

RootsWeb is funded and supported by Ancestry.com and our loyal RootsWeb community. Learn more.

About Us | Contact Us | Acceptable Use Policy | PRIVACY STATEMENT | Copyright
Copyright © 1998-2008, MyFamily.com Inc. and its subsidiaries.

# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ASBESTOS PRODUCTS
      LIABILITY LITIGATION (NO. VI)        CIVIL ACTION NO.: MDL 875

**This Document Relates to:**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ROBERT COBB, ET AL. | ) | |
| | ) | |
|     PLAINTIFFS | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.  2:07-286 |
| | ) | |
| ALBANY INTERNATIONAL, ET AL. | ) | |
| | ) | |
|     DEFENDANTS | ) | |

---

**SCHEDULE**

---

U.S. District Court
Middle District of Alabama
CIVIL DOCKET FOR CASE #:  2:07-286-WKS

Assigned to:  Judge William Keith Watkins

Robert Cobb

Harry Fancher

John Henry Hammack

Gerald A. Hansen

Bobby Harrison

Eloise Lewis
individually and as spouse and personal
representative of the Estate of Prince

Albert Lewis

Harlan L. Oberg

William E. Pitchford

Greer Belcher
individually and as daughter and personal
representative of the Estate of Michael
Ramsey

Sandra Watkins
individually and as spouse and personal
representative of the Estate of Willie Frank
Watkins

Jacqueline Dailey
individually and as daughter and personal
representative for the Estate of James Lee
Wiggins, deceased

v.

ALBANY INTERNATIONAL;

AMERICAN STANDARD, INC.;

ARVINMERITOR, INC.;

ASTEN JOHNSON, INC., individually and as successor-in-interest to ASTEN, INC.,
successor-in-interest by way of name change to ASTEN GROUP, INC., formerly trading as
ASTEN-HILLS MANUFACTURING CO.;

BAYER CROPSCIENCE, INC., individual and as successor to AVENTIS
CROPSCIENCE USA, INC. f/k/a RHONE-POULENCE AG CO., f/k/a AMCHEM,
PRODUCTS, INC., BENJAMIN FOSTER CO.;

BELL & GOSSETT, a subsidiary of ITT INDUSTRIES;

BECHTEL CONSTRUCTION COMPANY;

BONDEX INTERNATIONAL INC.;

BORG WARNER CORPORATION by its successor in interest, BORGWARNER MORSE
TEC INC.;

BP AMERICA, as successor in interest to AMOCO CHEMICAL COMPANY, AMOCO CHEMICALS COMPANY, PLASKON ELECTRONIC MINERALS, AVISUNCORP., CARBORUNDUM, ATLANTIC RICHFIELD COMPANY/ARCO METALS, as successor in interest to ANACONDA AMERICAN BRASS COMPANY, AMERICAN BRASS COMPANY, and ANACONDA CO.;

BP AMOCO CHEMICAL COMPANY;

BUFFALO PUMP INC.;

CLARK-RELIANCE CORPORATION;

CONWED CORPORATION;

COOPER INDUSTRIES, LLC, f/n/a COOPER INDUSTRIES, INC., individually and as successor-in-interest to CROUSE-HINDS;

CRANE CO., individually and as successor in interest to DEMING PUMP, CYCLOTHERM, HYDRO-AIRE, LEAR ROMEC, RESISTOFLEX, SWARTWOUT CO., STOCKHAM VALVE COMPANY, WEINMAN PUMP COMPANY, CHEMPUMP, and BURKS PUMPS;

CRANE PUMPS SYSTEMS, individually and as successor to all pump companies acquired by CRANE;

EATON CORPORATION;

EMERSON ELECTRIC CO.;

EXTECO, INC., f/k/a THERMO ELECTRIC CO., INC.;

FMC CORPORATION, individually and on behalf of its former CONSTRUCTION EQUIPMENT GROUP, and former PEERLESS PUMP DIVISION, COFFIN TURBO PUMPS, and CHICAGO PUMP, business;

FLAME REFRACTORIES, INC.;

FOSECO, INC.;

FOSTER-WHEELER CORPORATION;

GARLOCK SEALING TECHNOLOGIES L.L.C.;

GENERAL ELECTRIC CO.;

GOODYEAR TIRE AND RUBBER CO.;

GOULDS PUMPS INC.;

HOBART BROTHERS COMPANY;

HONEYWELL, INC., specifically excluding liability for NARCO, individually and as successor to ALLIED SIGNAL, BENDIX, WHEELABRATOR, RUST ENGINEERING, AND ALLIED CHEMICAL;

IMO INDUSTRIES, INC., formerly IMO DE LAVAL, formerly TRANSAMERICA DE LAVAL TURBINE;

INDUSTRIAL HOLDINGS CORPORATION, f/k/a THE CARBORUNDUM COMPANY;

INGERSOLL-RAND COMPANY;

ITT INDUSTRIES INC.;

JOHN CRANE, INC., f/k/a JOHN CRANE PACKING COMPANY;

KAISER GYPSUM COMPANY, INC.;

KELLY-MOORE PAINT COMPANY, INC.;

THE LINCOLN ELECTRIC COMPANY;

MAREMONT CORPORATION;

METROPOLITAN LIFE INSURANCE COMPANY;

NIKKO MATERIALS USA, INC., d/b/a GOULD ELECTRONICS, INC., individually and as successor in interest to GOULDS, INC., IMPERAL CORPORATION, EASTMAN CORPORATION, IMPERIAL EASTMAN CORPORATION, ITE CIRCUIT BREAKER COMPANY, and CENTURY ELECTRIC;

OGLEBAY NORTON COMPANY;

OWENS-ILLINOIS, INC.;

PNEUMO ABEX LLC, successor in interest to ABEX CORPORATION;

RAPID AMERICAN CORPORATION;

SQUARE D COMPANY;

SUNBEAM PRODUCTS INCORPORATED, f/k/a SUNBEAM CORPORATION;

SURFACE COMBUSTION;

TH AGRICULTURE & NUTRITION, LLC;

THE MARLEY-WYLAIN COMPANY, d/b/a WELL-MCLAIN COMPANY, INC.;

UNION CARBIDE CORPORATION;

UNIROYAL FIBER AND TEXTILE & DIVISION OF UNIROYAL, INC.;

VIACOM INC., successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE
ELECTRIC CORPORATION

# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT COBB, ET AL. | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.  2:07-286 |
| | ) | |
| ALBANY INTERNATIONAL, ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGEMENT

CAME ON FOR HEARING the MOTION FOR PARTIAL SUMMARY JUDGEMENT filed by Borg-Warner Corporation by its Successor, BorgWarner Morse TEC, Inc.; and Exteco, Inc. f/k/a Thermo Electric Co. Inc.  The Court, having fully considered said Motion, and otherwise being fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Complaint, all amendments thereto, and all claims and causes of actions encompassed by the Complaint, and amendments thereto, including all claims or causes of action which were, or might have been, asserted by Plaintiffs William E. Pitchford, Prince Albert Lewis, Willie Frank Watkins

and James Lee Wiggins against ALL DEFENDANTS, shall be and the same are

hereby dismissed with prejudice, with each party to bear their own costs of the Court.

      SO ORDERED this the _____ day of _____, 20__.

 

 

                                          _____

                                          HONORABLE JAMES T. GILES, U.S.D.J.

SUBMITTED BY:

Thomas W. Tyner, MSB # 8170
Christopher O. Massenburg, MSB # 100182
Rocky W. Eaton, MSB # 9632
Aultman, Tyner, Ruffin & Swetman, Ltd.
P.O. Drawer 750
Hattiesburg, MS  39403-0750
Phone:  (601) 583-2671
Fax:  (601) 583-2677