IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT COBB, ET AL. | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.  2:07-286 |
| | ) | |
| ALBANY INTERNATIONAL, ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**STATEMENT NOTING A PARTY'S DEATH – GREER BELCHER**

In accordance with Rule 25(a), Borg-Warner Corporation by its Successor, BorgWarner Morse TEC, Inc.; and Exteco, Inc. f/k/a Thermo Electric Co. Inc., who are Defendants to this action note the death during the pendency of this action of Plaintiff Greer Belcher on May 16, 2007.  See Exhibit 1.

                                                Respectfully submitted,

                                                BORG-WARNER CORPORATION BY ITS
                                                SUCCESSOR, BORGWARNER MORSE TEC,
                                                INC.; AND EXTECO, INC. F/K/A THERMO
                                                ELECTRIC CO. INC.

                                                s/ Rocky W. Eaton
                                                COUNSEL FOR SAID DEFENDANT

Of Counsel:

Rocky W. Eaton, EAT002

Aultman, Tyner, Ruffin & Swetman, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Phone:  601-583-2671
Facsimile:  601-583-2677

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 1st day of April, 2008 served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

s/ Rocky W. Eaton

# Exhibit 1




Welcome to RootsWeb.com Sign in

DISCOVER MORE >

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

# Social Security Death Index Search Results

81,074,156 Records
last updated on 2-22-2008


The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|---|---|---|---|
| SSN | ▇▇▇-▇▇-0435 | 1 | |

Viewing **1-1** of **1**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| GREER R BELCHER | ▇ 1961 | 16 May 2007 (V) | 35226 (Birmingham, Jefferson, AL) | (none specified) | ▇▇▇-▇▇-0435 | Alabama | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |

Viewing **1-1** of **1**

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

Last name [          ]  Exact
First Name [          ]
Middle Name [          ] (initial)
SSN [▇▇▇▇▇0435]

[Submit] [Clear] [Advanced Search]

CPU seconds used 0.012998

For more info about the SSDI, see http://www.rootsweb.com/~rwguide/lesson10.htm
For help using the SSDI search, see Problem solving

RootsWeb is funded and supported by Ancestry.com and our loyal RootsWeb community. Learn more.

About Us | Contact Us | Acceptable Use Policy | PRIVACY STATEMENT | Copyright
Copyright © 1998-2008, MyFamily.com Inc. and its subsidiaries.