IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION**

MDL DOCKET NO. 875

**ROBERT COBB, et al.,**
**vs. ASBESTOS DEFENDANTS:**
**ALBANY INTERNATIONAL, et. al.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT COBB, et al.,

    Plaintiffs,

vs.

CIVIL ACTION NO.
2:07CV286-WKW

ASBESTOS DEFENDANTS:
ALBANY INTERNATIONAL, et al.,

    Defendants.

_____/

## DEFENDANTS ARVINMERITOR, INC. AND BAYER CROPSCIENCE, INC.'S MOTION TO DISMISS

COME NOW Defendants ArvinMeritor, Inc. and Bayer Cropscience, Inc. f/k/a Aventis Cropscience USA, Inc. (f/k/a Rhone Poulenc Ag Company, Inc., f/k/a Rhone Poulenc, Inc., f/k/a Union Carbide Agricultural Products, Inc. f/k/a Amchem Products, Inc., a Successor to Benjamin Foster Company), and pursuant to Fed. R. Civ. P. Rule 12(b)(4) and Rule 12(b)(5) hereby move the Court to dismiss this case, and all claims asserted by plaintiffs, separately and severally, against these two Defendants.

The grounds for this motion are as follows:

1. The Complaint in this case was filed on April 4, 2007.

2.	On December 17, 2007, the plaintiffs served Defendant ArvinMeritor, Inc. At the time, 257 days had elapsed since the Complaint was filed.

3.	On December 21, 2007, the plaintiffs served Defendant Bayer Cropscience, Inc. At the time, 261 days had elapsed since the Complaint was filed.

4.	Plaintiffs failed to serve ArvinMeritor, Inc. and Bayer Cropscience, Inc. within 120 days of the filing of the Complaint as required by Fed. R. Civ. P. Rule 4(m). Accordingly, under Rule 4(m), this action should be dismissed without prejudice as to Defendants ArvinMeritor, Inc. and Bayer Cropscience, Inc.

4.	Defendants ArvinMeritor, Inc. and Bayer Cropscience, Inc. further continue to reserve all defenses each may have in this case.

WHEREFORE, Defendant Arvinmeritor, Inc. and Bayer Cropscience, Inc. respectfully move for this Court to dismiss this action against Defendants Arvinmeritor, Inc. and Bayer Cropscience, Inc. and tax costs against Plaintiffs.

Respectfully submitted this 2nd day of April, 2008.

**HAWKINS & PARNELL, LLP**

/s/ Elizabeth B. Padgett
Evelyn M. Fletcher
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett
Alabama Bar No. ASB-8936-C60P

Counsel for ArvinMeritor, Inc. and
Bayer Cropscience, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date served the foregoing pleading with the CM/ECF system. I also certify that a copy of the foregoing has been furnished to Plaintiffs' counsel, G. Patterson Keahey, Jr., Esq., at the following address by U. S. Mail, with proper postage affixed:

>G. Patterson Keahey, Jr., Esq.
>G. PATTERSON KEAHEY, P.C.
>Suite 612
>One Independence Plaza
>Birmingham, AL  35209.

This 2nd day of April, 2008.

**HAWKINS & PARNELL, LLP**

/s/ Elizabeth B. Padgett
Evelyn M. Fletcher
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett
Alabama Bar No. ASB-8936-C60P

Counsel for ArvinMeritor, Inc. and
Bayer Cropscience, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

10379291-1                                    3