IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT COBB, et al., | * | |
| | * | |
| Plaintiffs, | * | CIVIL ACTION NO. |
| | * | 2:07-286 |
| | * | |
| v. | * | |
| | * | |
| ALBANY INTERNATIONAL, et al. | * | |
| | * | |
| Defendants. | * | |

## SQUARE D COMPANY'S JOINDER IN MOVING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Defendant, SQUARE D COMPANY, by and through its attorneys of record, and hereby joins in and adopts by reference as if set forth fully herein, the Motion for Partial Summary Judgment (Doc. 183) and the Brief Supporting the Motion for Partial Summary Judgment (Doc. 184) filed on behalf of Moving Defendants, BORG WARNER MORSE TEC, INC.; AND EXTECO, INC. F/K/A THERMO ELECTRIC CO., INC.

s/Edward B. McDonough, Jr.
Edward B. McDonough, Jr. (MCDOE0149)
Gary W. Fillingim (FILLG1161)
Attorneys for Defendant,
SQUARE D COMPANY

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com
gwf@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 8th , 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                  s/Edward B. McDonough, Jr.
                                                  Edward B. McDonough, Jr.