IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION**

MDL DOCKET NO. 875

**ROBERT COBB, et al.,**
**vs. ASBESTOS DEFENDANTS:**
**ALBANY INTERNATIONAL, et. al.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROBERT COBB, et al.,

      Plaintiffs,

vs.                                            CIVIL ACTION NO.
                                               2:07CV286-WKW

ASBESTOS DEFENDANTS:
ALBANY INTERNATIONAL, et al.,

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiffs in the above-captioned cause of action, and the Defendant,

ARVINMERITOR, INC AND BAYER CROPSCIENCE, INC, by and through their respective

attorneys of record, and pursuant to ARCP 41(a) (2) hereby jointly move for the dismissal of

Defendant, ARVINMERITOR, INC. AND BAYER CROPSCIENCE, INC, from the above-

referenced matter, with prejudice, with each party to bear his, her or its own costs.

This Stipulation of Dismissal is effective only as to the above Plaintiffs' claims against

ARVINMERITOR, INC. AND BAYER CROPSCIENCE, INC and Plaintiffs reserve their rights

to pursue any other claims he or she may have against any other Defendant. This Stipulation

does not alter the Plaintiffs' claims against the remaining Defendants.

10382725-1                                   1

Respectfully submitted this __17^TH__ day of April, 2008.

| | |
|---|---|
| /s/ G. Patterson Keahey | /s/ Evelyn Fletcher |
| G. Patterson Keahey, Jr., ASB-6357-A64G | Evelyn M. Fletcher, ASB-1485-C19E |
| Attorney for Plaintiff | Elizabeth B. Padgett, ASB-8936-C60P |
| | Attorney for Defendant |
| LAW OFFICE OF G. PATTERSON KEAHEY | 4000 SunTrust Plaza |
| One Independence Plaza, Suite 612 | Atlanta, GA 30308-3243 |
| Birmingham, AL 35209 | (404)614-7400 |
| Tel: (205) 871-0707 | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served the foregoing pleading with the CM/ECF system. I also certify that a copy of the foregoing has been furnished to Plaintiffs' counsel, G. Patterson Keahey, Jr., Esq., at the following address by U. S. Mail, with proper postage affixed:

> G. Patterson Keahey, Jr., Esq.
> G. PATTERSON KEAHEY, P.C.
> Suite 612
> One Independence Plaza
> Birmingham, AL  35209.

This 17th day of April, 2008.

**HAWKINS & PARNELL, LLP**

/s/ Elizabeth B. Padgett
Evelyn M. Fletcher
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett
Alabama Bar No. ASB-8936-C60P

Counsel for ArvinMeritor, Inc. and Bayer Cropscience, Inc.

**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

ROBERT COBB, et al.,          )
          )
     **Plaintiff,**       )     **Civil Action No.:**
vs.               )
          )     **2:07-CV-286-WKW**
**ASBESTOS DEFENDANTS:**     )
**ALBANY INTERNATIONAL, et al.,**  )
          )
     **Defendants.**

## ORDER OF DISMISSAL

This matter coming before the Court on the Joint Stipulation of Dismissal With Prejudice as to ARVINMERITOR, INC. AND BAYER CROPSCIENCE, INC. and, after due consideration thereof and having been advised of the facts and circumstances of these matters, the Court is of the opinion that said Stipulation is due to be, and hereby is, GRANTED. The claims of Plaintiffs in the above-captioned cause of action are hereby dismissed, without prejudice, with the plaintiff reserving her rights to pursue any claims she may have against other parties.

SO ORDERED AND ADJUDGED, this the _____ day of _____, 2008.


_____
CIRCUIT COURT JUDGE