IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT COBB, et al.,** | ) |
| **Plaintiffs,** | ) ) ) |
| vs. | ) ) ) CV NO.: 2:07-286 |
| **A.O. SMITH ELECTRICAL PRODUCTS CO., et al.,** | ) ) ) |
| **Defendants.** | ) |

**DEFENDANT EATON CORPORATION'S JOINDER IN (1) MOVING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, AND (2) BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant Eaton Corporation by and through their attorneys of record, hereby join in and adopt by reference as if set forth fully herein (1) the Motion for Partial Summary Judgment [Document No. 183], and (2) the Brief Supporting the Motion for Partial Summary Judgment [Document No. 184] filed on behalf of Moving Defendants BORG-WARNER CORPORATION BY ITS SUCCESSOR IN INTEREST, BORG WARNER MORSE TEC, INC., EXTECO, INC. F/K/A THERMO ELECTRIC CO., INC., THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN COMPANY, INC.

01626072.1

On this the 18th day of April, 2008.

        Respectfully submitted by,

        /s/ E. Bryan Nichols
        John A. Smyth, III
        E. Bryan Nichols
        T. Delawrence

        Attorneys for Defendant
        EATON CORPORATION

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Ave. North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.524.1000
Fax: 205.254.1999

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct electronic version of the foregoing has been filed with the CM/ECF system, which will electronically serve all counsel of record on this the 18th day of April, 2008.

        /s/ E. Bryan Nichols
        Of Counsel