```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

                        Regarding:

            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF ALABAMA

ROBERT COBB, et al.,                )
                                    )
        Plaintiffs,                 ) CIVIL ACTION CASE NO.
                                    ) 2:07-cv-286 (WKW)
VS.                                 )
                                    )
ALBANY INTERNATIONAL, et. al.,      )
                                    )
        Defendants.                 )
```

**DEFENDANT NIKKO MATERIALS USA, INC. D/B/A GOULD ELECTRONICS, INC.'S JOINDER IN MOVING DEFENDANTS BORG-WARNER CORPORATION BY ITS SUCCESSOR, BORG WARNER MORSE TEC, INC. AND EXTECO, INC. F/K/A THERMO ELECTRIC CO. INC. FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW Defendant Nikko Materials USA, Inc. d/b/a Gould Electronics, Inc., by and through its attorneys of record, and hereby joins in and adopts by reference as if set forth fully herein, the Motion for Partial Summary Judgment (Doc. 183) and the Brief Supporting the Motion for Partial Summary Judgment (Doc. 184) filed on behalf of Moving Defendants Borg-Warner Corporation, by its Successor, Borg Warner Morse Tec., Inc. and Exteco, Inc. f/k/a Thermo Electric Co. Inc.

This 19th day of April, 2008.

/s/ Gregory M. Taube
Gregory M. Taube
Alabama Bar No. ASB-4499-A41G
Jennifer M. Thompson
Alabama Bar No. ASB-8287-E37T
COUNSEL FOR GOULD ELECTRONICS INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing **DEFENDANT NIKKO MATERIALS USA, INC. D/B/A GOULD ELECTRONICS, INC.'S JOINDER IN MOVING DEFENDANTS BORG-WARNER CORPORATION BY ITS SUCCESSOR, BORG WARNER MORSE TEC, INC. AND EXTECO, INC. F/K/A THERMO ELECTRIC CO. INC. FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** via electronic filing, to all counsel of record, including the following:

    Counsel for Plaintiffs:

    G. Patterson Keahey, Esq.
    One Independence Plaza
    Suite 612
    Birmingham, AL 35209

    All counsel of record in this case

This 19th day of April, 2008.

                                      /s/ Jennifer M. Thompson
                                      Jennifer M. Thompson
                                      Alabama Bar No. ASB-8287-E37T

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)