IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT COBB, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 2:07-CV-286-WKW |
| ) | |
| **ALBANY INTERNATIONAL, et al.** ) | |
| ) | |
| Defendants. ) | |

**METROPOLITAN LIFE INSURANCE COMPANY'S JOINDER IN MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant Metropolitan Life Insurance Company hereby joins in, adopts and incorporates by reference as if set forth fully herein the Motion for Partial Summary Judgment (Doc. 183) and the Brief Supporting the Motion for Partial Summary Judgment (Doc. 184) filed by Defendants Borg-Warner Corporation by its successor in interest, Borg Warner Morse Tec, Inc., Inc., Exteco, Inc., f/k/a Thermo Electric Co., Inc., the Marley-Wylain Company d/b/a Weil-McLain Company, Inc.

This the 21st day of April, 2008.

/s/ Michael A. Vercher
Michael A. Vercher (ASB-4976-H32M)
One of the Attorneys for Defendant
Metropolitan Life Insurance Company

OF COUNSEL:

CHRISTIAN & SMALL LLP
505 20th Street North
Suite 1800
Birmingham, Alabama 30203-2696
Telephone:   205-795-6588
Facsimile:   205-328-7234
E-mail:   mavercher@csattorneys.com

CERTIFICATE OF SERVICE

    I hereby certify that on **April 21, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel fo record in this case.

                                               /s/ Michael A. Vercher
                                               OF COUNSEL