**A CERTIFIED TRUE COPY**

JUN - 8 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 23 2007

RECEIVED
CLERK'S OFFICE

DOCKET NO. 875

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

2008 APR 21 A 4:42

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**FILED**

*(SEE ATTACHED SCHEDULE)*

JUN 1 1 2007

*CONDITIONAL TRANSFER ORDER (CTO-278)*

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,137 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 4/16/08
BY: Tom Dempsey
DEPUTY CLERK U.S. DISTRICT COURT
DISTRICT OF ALABAMA

Page 1 of 2

# SCHEDULE CTO-278 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 07-286 | Robert Cobb, et al. v. Albany International Co., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-1413 | Bonnie Marowitz, et al. v. Garlock Sealing Technologies, et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 4 07-1274 | Maxine Finkelstein, etc. v. General Electric Co. |
| **MARYLAND** | |
| MD 1 07-1063 | Sherri Lea Millar, et al. v. A.W. Chesterton Co., Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 07-587 | Teresa Anderson, etc. v. Garlock, Inc., et al. |
| MSS 1 07-588 | William L. Barnes v. Garlock, Inc., et al. |
| MSS 1 07-589 | Clarence Bell v. Garlock, Inc., et al. |
| MSS 1 07-590 | Alvin J. Brown v. Garlock, Inc., et al. |
| MSS 1 07-591 | Richard M. Carnegie v. Garlock, Inc., et al. |
| MSS 1 07-592 | Arthur Clark v. Garlock, Inc., et al. |
| MSS 1 07-593 | Elvis Colenburg v. Garlock, Inc., et al. |
| MSS 1 07-594 | John Collier, Jr. v. Garlock, Inc., et al. |
| MSS 1 07-595 | James Ellis v. Garlock, Inc., et al. |
| MSS 1 07-596 | Ed Haley v. Garlock, Inc., et al. |
| MSS 1 07-597 | Virgie Hall, etc. v. Garlock, Inc., et al. |
| MSS 1 07-598 | Katie Harried, etc. v. Garlock, Inc., et al. |
| MSS 1 07-599 | Willie R. Harried v. Garlock, Inc., et al. |
| MSS 1 07-600 | Johnny Hudson v. Garlock, Inc., et al. |
| MSS 1 07-601 | Marshall Jenkins v. Garlock, Inc., et al. |
| MSS 1 07-602 | Albert Johnson v. Garlock, Inc., et al. |
| MSS 1 07-603 | John R. Jones v. Garlock, Inc., et al. |
| MSS 1 07-604 | Robert L. King v. Garlock, Inc., et al. |
| MSS 1 07-605 | Charles E. Noble v. Garlock, Inc., et al. |
| MSS 1 07-606 | Hezikiah Queen, Jr. v. Garlock, Inc., et al. |
| MSS 1 07-607 | Peter Queen, III v. Garlock, Inc., et al. |
| MSS 1 07-608 | Willie L. Queen v. Garlock, Inc., et al. |
| MSS 1 07-609 | Roger L. Rankin v. Garlock, Inc., et al. |
| MSS 1 07-610 | Bennie L. Rogers v. Garlock, Inc., et al. |
| MSS 1 07-611 | Henry C. Sampson v. Garlock, Inc., et al. |
| MSS 1 07-612 | Willa M. Sampson v. Garlock, Inc., et al. |
| MSS 1 07-613 | Roger Suddeth v. Garlock, Inc., et al. |
| MSS 1 07-614 | Mary Thomas, etc. v. Garlock, Inc., et al. |
| MSS 1 07-615 | Warren Turner, Jr. v. Garlock, Inc., et al. |
| MSS 1 07-623 | Ray Allen Tucker v. Nikko Materials USA, Inc., et al. |

SCHEDULE CTO-278-TAG-ALONG ACTIONS - MDL-875                                      Page 2 of 2

**DIST. DIV. C.A. #**            **CASE CAPTION**

NORTH CAROLINA WESTERN
  NCW 1 07-161              Joe Carson Bass, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-162              Camilla Elizabeth Bridges, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-163              Richard Luther Campbell, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-164              David Keith MacIntosh, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-165              Richard G. Reid, et al. v. A.W. Chesterton Co., et al.
  NCW 1 07-166              Homer M. Guffey, etc. v. A.W. Chesterton Co., Inc., et al.
  NCW 1 07-168              William C. Simmons, et al. v. A.W. Chesterton Co., Inc., et al.
  NCW 1 07-169              Michael Blake Carswell, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-170              Patrick Thomas Price, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-171              Joye Davis Guinn, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-172              Ricky Lee Jennings, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-173              Lonnie Leroy Josey, Jr., et al. v. Aqua-Chem, Inc., et al.

NEBRASKA
  NE 8 07-154               James Sautter, etc. v. A.W. Chesterton Co., et al.

NEW YORK EASTERN
  NYE 1 07-1362             Walter McCormick v. A.W. Chesterton Co., Inc., et al.

NEW YORK WESTERN
  ~~NYW 1 07-278~~             ~~Richard Zglinicki, et al. v. Armstrong International, Inc., et al.~~ Vacated 6/7/07

SOUTH CAROLINA
  SC 0 07-1263              Napolean Maloney, et al. v. Aqua-Chem, Inc., et al.
  SC 0 07-1266              James Isaac Robinson, III, et al. v. Aqua-Chem, Inc., et al.
  SC 0 07-1309              Jimmie Roger Chapman, et al. v. Aqua-Chem, Inc., et al.
  SC 0 07-1312              Reggie Kay Martin, et al. v. Aqua-Chem, Inc., et al.
  SC 0 07-1313              William Lewis Wood, et al. v. Aqua-Chem, Inc., et al.
  SC 2 07-1108              Alan E. Fritz, et al. v. Bayer CropScience, Inc., et al.
  SC 7 07-1265              Abraham Lincoln Stroupe, et al. v. Aqua-Chem, Inc., et al.
  SC 7 07-1268              Robert Dean Bentley, et al. v. Aqua-Chem, Inc., et al.
  SC 7 07-1269              Roy Lee Tyson v. Aqua-Chem, Inc., et al.
  SC 7 07-1310              Furman Edgar Heatherly, et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-1264              John Steven Knox, et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-1305              Richard Taylor Bond, et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-1307              Richard Fred Carver v. Aqua-Chem, Inc., et al.

TEXAS NORTHERN
  TXN 4 06-536              William Stumpf, etc. v. 3M Co., et al.
  TXN 4 06-537              Lilly Laucys, etc. v. 3M Co., et al.
  TXN 4 06-876              Sebastiana Moncada, etc. v. 3M Co., et al.
  TXN 4 07-65               Lina Dominelli, etc. v. 3M Co., et al.