*MICHAEL E. KUNZ*
*CLERK'S OFFICE*
*CLERK OF COURT*

RECEIVED
*ROOM 2609*
*(267) 299-7018*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

2008 APR 21 A 9:42

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875 Cobb, AL-M, 2:07-286

Dear Clerk:

The enclosed Conditional Transfer Order is being sent to you regarding the involved actions the involved action(s) listed on the schedule included in this e-mail. These case(s) have been properly identified as multi district litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

**PLEASE DO NOT FORWARD A CERTIFIED DOCKET OR
A CERTIFIED COPY OF THE TRANSFER ORDER TO THIS DISTRICT.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court


Tom Dempsey
MDL Docketing Clerk

Enclosure

Attn: Debbie Yates