## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 22, 2008

# NOTICE OF MDL TRANSFER

Michael E. Kunz, Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

Re: In Re: MDL 875 Asbestos Products Liability Litigation
USDC/MDAL Civil Action No. 2:07cv286-WKW

Robert Cobb, et al vs. Albany International, et al

Dear Clerk:

The referenced case is being transferred to your court pursuant
to the Conditional Transfer Order entered by the Judicial Panel
on Multi-District Litigation on 5/23/07.

As indicated in your notice, the Middle District of Alabama will
continue to maintain the record and docket responsibility
regarding this action.

A CERTIFIED TRUE COPY

JUN - 8 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 23 2007

RECEIVED    FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

2009 APR 21 A 4: 42

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**F I L E D**

*(SEE ATTACHED SCHEDULE)*

JUN 1 1 2007

*CONDITIONAL TRANSFER ORDER (CTO-278)*

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court
for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings
pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,137
additional actions have been transferred to the Eastern District of Pennsylvania. With the
consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Eastern District of Pennsylvania and
assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,
199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the
Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the
consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United
States District Court for the Eastern District of Pennsylvania. The transmittal of this order to
said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition
with the Clerk of the Panel within this 15-day period, the stay will be continued until further
order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 3 '07

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 4 16 08

Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# SCHEDULE CTO-278 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2  07-286 | Robert Cobb, et al. v. Albany International Co., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2  06-1413 | Bonnie Marowitz, et al. v. Garlock Sealing Technologies, et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 4  07-1274 | Maxine Finkelstein, etc. v. General Electric Co. |
| **MARYLAND** | |
| MD  1  07-1063 | Sherri Lea Millar, et al. v. A.W. Chesterton Co., Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1  07-587 | Teresa Anderson, etc. v. Garlock, Inc., et al. |
| MSS 1  07-588 | William L. Barnes v. Garlock, Inc., et al. |
| MSS 1  07-589 | Clarence Bell v. Garlock, Inc., et al. |
| MSS 1  07-590 | Alvin J. Brown v. Garlock, Inc., et al. |
| MSS 1  07-591 | Richard M. Carnegie v. Garlock, Inc., et al. |
| MSS 1  07-592 | Arthur Clark v. Garlock, Inc., et al. |
| MSS 1  07-593 | Elvis Colenburg v. Garlock, Inc., et al. |
| MSS 1  07-594 | John Collier, Jr. v. Garlock, Inc., et al. |
| MSS 1  07-595 | James Ellis v. Garlock, Inc., et al. |
| MSS 1  07-596 | Ed Haley v. Garlock, Inc., et al. |
| MSS 1  07-597 | Virgie Hall, etc. v. Garlock, Inc., et al. |
| MSS 1  07-598 | Katie Harried, etc. v. Garlock, Inc., et al. |
| MSS 1  07-599 | Willie R. Harried v. Garlock, Inc., et al. |
| MSS 1  07-600 | Johnny Hudson v. Garlock, Inc., et al. |
| MSS 1  07-601 | Marshall Jenkins v. Garlock, Inc., et al. |
| MSS 1  07-602 | Albert Johnson v. Garlock, Inc., et al. |
| MSS 1  07-603 | John R. Jones v. Garlock, Inc., et al. |
| MSS 1  07-604 | Robert L. King v. Garlock, Inc., et al. |
| MSS 1  07-605 | Charles E. Noble v. Garlock, Inc., et al. |
| MSS 1  07-606 | Hezikiah Queen, Jr. v. Garlock, Inc., et al. |
| MSS 1  07-607 | Peter Queen, III v. Garlock, Inc., et al. |
| MSS 1  07-608 | Willie L. Queen v. Garlock, Inc., et al. |
| MSS 1  07-609 | Roger L. Rankin v. Garlock, Inc., et al. |
| MSS 1  07-610 | Bennie L. Rogers v. Garlock, Inc., et al. |
| MSS 1  07-611 | Henry C. Sampson v. Garlock, Inc., et al. |
| MSS 1  07-612 | Willa M.Sampson v. Garlock, Inc., et al. |
| MSS 1  07-613 | Roger Suddeth v. Garlock, Inc., et al. |
| MSS 1  07-614 | Mary Thomas, etc. v. Garlock, Inc., et al. |
| MSS 1  07-615 | Warren Turner, Jr. v. Garlock, Inc., et al. |
| MSS 1  07-623 | Ray Allen Tucker v. Nikko Materials USA, Inc., et al. |

SCHEDULE CTO-278-TAG-ALONG ACTIONS - MDL-875

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**NORTH CAROLINA WESTERN**

| | |
|---|---|
| NCW 1  07-161 | Joe Carson Bass, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-162 | Camilla Elizabeth Bridges, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-163 | Richard Luther Campbell, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-164 | David Keith MacIntosh, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-165 | Richard G. Reid, et al. v. A.W. Chesterton Co., et al. |
| NCW 1  07-166 | Homer M. Guffey, etc. v. A.W. Chesterton Co., Inc., et al. |
| NCW 1  07-168 | William C. Simmons, et al. v. A.W. Chesterton Co., Inc., et al. |
| NCW 1  07-169 | Michael Blake Carswell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-170 | Patrick Thomas Price, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-171 | Joye Davis Guinn, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-172 | Ricky Lee Jennings, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1  07-173 | Lonnie Leroy Josey, Jr., et al. v. Aqua-Chem, Inc., et al. |

**NEBRASKA**

| | |
|---|---|
| NE  8  07-154 | James Sautter, etc. v. A.W. Chesterton Co., et al. |

**NEW YORK EASTERN**

| | |
|---|---|
| NYE 1  07-1362 | Walter McCormick v. A.W. Chesterton Co., Inc., et al. |

**NEW YORK WESTERN**

| | |
|---|---|
| ~~NYW 1  07-278~~ | ~~Richard Zglinicki, et al. v. Armstrong International, Inc., et al.~~ Vacated 6/7/07 |

**SOUTH CAROLINA**

| | |
|---|---|
| SC  0  07-1263 | Napolean Maloney, et al. v. Aqua-Chem, Inc., et al. |
| SC  0  07-1266 | James Isaac Robinson, III, et al. v. Aqua-Chem, Inc., et al. |
| SC  0  07-1309 | Jimmie Roger Chapman, et al. v. Aqua-Chem, Inc., et al. |
| SC  0  07-1312 | Reggie Kay Martin, et al. v. Aqua-Chem, Inc., et al. |
| SC  0  07-1313 | William Lewis Wood, et al. v. Aqua-Chem, Inc., et al. |
| SC  2  07-1108 | Alan E. Fritz, et al. v. Bayer CropScience, Inc., et al. |
| SC  7  07-1265 | Abraham Lincoln Stroupe, et al. v. Aqua-Chem, Inc., et al. |
| SC  7  07-1268 | Robert Dean Bentley, et al. v. Aqua-Chem, Inc., et al. |
| SC  7  07-1269 | Roy Lee Tyson v. Aqua-Chem, Inc., et al. |
| SC  7  07-1310 | Furman Edgar Heatherly, et al. v. Aqua-Chem, Inc., et al. |
| SC  8  07-1264 | John Steven Knox, et al. v. Aqua-Chem, Inc., et al. |
| SC  8  07-1305 | Richard Taylor Bond, et al. v. Aqua-Chem, Inc., et al. |
| SC  8  07-1307 | Richard Fred Carver v. Aqua-Chem, Inc., et al. |

**TEXAS NORTHERN**

| | |
|---|---|
| TXN 4  06-536 | William Stumpf, etc. v. 3M Co., et al. |
| TXN 4  06-537 | Lilly Laucys, etc. v. 3M Co., et al. |
| TXN 4  06-876 | Sebastiana Moncada, etc. v. 3M Co., et al. |
| TXN 4  07-65 | Lina Dominelli, etc. v. 3M Co., et al. |