THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No.VI) | ) ) | CIVIL ACTION NO. MDL 875 |
| ROBERT COBB, et al, Plaintiffs, vs. ALBANY INTERNATIONAL, et al., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA CIVIL ACTION Case No. 2:07-286 |

## MOTION TO DISMISS CERTAIN PLAINTIFFS

COMES NOW the following Plaintiffs, by and through counsel of record, and hereby files this **Motion to Dismiss Without Prejudice** of all claims under the above-styled Complaint as to the following Plaintiffs *only*:

1. **Eloise Lewis,** personal representative of **Prince Albert Lewis,** deceased
2. **Sandra Watkins,** personal representative of **Willie Frank Watkins,** deceased
3. **Jacqueline Dailey,** personal representative of **James Lee Wiggins,** deceased

Respectfully submitted,

   s/   G. Patterson Keahey, Jr.
G. PATTERSON KEAHEY, JR.
ASB-6357-A64G
G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama  35209
205-871-0707 (telephone)
205-871-0801 (fax)
info@mesohelp.com (e-mail)

                              Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system and sent via US Mail to the Clerk of the U.S District, Eastern District of Pennsylvania.
      On this 28th day of April, 2008

                                                  s/   G. Patterson Keahey, Jr.

Case 2:07-cv-00286-WKW-TFM   Document 206-3   Filed 04/28/2008   Page 2 of 2

THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No.VI)** | ) ) | **CIVIL ACTION NO. MDL 875** |

| | | |
|---|---|---|
| **ROBERT COBB**, et al, | ) ) | **IN THE UNITED STATES DISTRICT COURT IN THE MIDDLE DISTRICT OF ALABAMA** |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| **ALBANY INTERNATINAL,** et al. | ) ) | **CIVIL ACTION Case No. 2:07-286** |
| Defendant. | ) ) ) ) ) ) | |

# ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITHOUT PREJUDICE

This cause coming before the Court and the Court being fully advised of the Stipulation of Dismissal without Prejudice filed herein, IT IS HEREBY ORDERED that the claims of certain Plaintiffs listed below against All Defendants, be dismissed without prejudice, per stipulation of the parties, each party to bear its own costs:

1. **Eloise Lewis,** personal representative of **Prince Albert Lewis,** deceased

2. **Sandra Watkins,** personal representative of **Willie Frank Watkins,** deceased

3. **Jacqueline Dailey,** personal representative of **James Lee Wiggins,** deceased

ACCORDINLY, the claims of the Plaintiffs listed above against All Defendants are hereby DISMISSED WITHOUT PREJUDICE, each party to bear its own costs.

SO ORDERED THIS _____DAY OF _____, 2008

                                                      _____
                                                      THE HONORABLE JAMES T. GILES
                                                UNITED STATES DISTRICT COURT JUDGE