**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                      TELEPHONE (334) 954-3600

April 29, 2008

# SECOND NOTICE OF CORRECTION

From: Clerk's Office

Case Style: Robert Cobb, et al vs. Albany International et al
Case Number: 2:07cv286-WKW

Pleading : #208 Notice of Correction
          #206 - Motion to Dismiss

This notice of correction is being filed to correct the first Notice of Correction that was entered (Doc.# 208). The incorrect pdf. was attached as the Notice. This Notice of Correction is also being filed this date to advise that the referenced pleading was e-filed on 4/28/08 with the incorrect parties listed in the body of the pleading and the pleading is styled incorrectly. The pleading should have been filed as a Motion to Dismiss. In addition to this, the proposed order contained the party American Optical Corporation in error.

The corrected pdf documents are attached to this notice.

THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No.VI) | )<br>) | CIVIL ACTION NO.<br>MDL 875 |

| | | |
|---|---|---|
| **ROBERT COBB,** et al, | )<br>) | **THE UNITED STATES** |
| Plaintiffs, | )<br>) | **DISTRICT COURT**<br>**MIDDLE DISTRICT OF** |
| vs. | )<br>) | **ALABAMA** |
| **ALBANY INTERNATIONAL**, et al., | )<br>) | CIVIL ACTION Case No.<br>2:07-286 |
| Defendants. | ) | |

## MOTION TO DISMISS CERTAIN PLAINTIFFS

COMES NOW the following Plaintiffs, by and through counsel of record, and hereby files this **Motion to Dismiss Without Prejudice** of all claims under the above-styled Complaint as to the following Plaintiffs *only*:

1. **Eloise Lewis,** personal representative of **Prince Albert Lewis,** deceased
2. **Sandra Watkins,** personal representative of **Willie Frank Watkins,** deceased
3. **Jacqueline Dailey,** personal representative of **James Lee Wiggins,** deceased

Respectfully submitted,

  s/   G. Patterson Keahey, Jr.
G. PATTERSON KEAHEY, JR.
ASB-6357-A64G
G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama  35209
205-871-0707 (telephone)
205-871-0801 (fax)
info@mesohelp.com (e-mail)

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

  I hereby certify that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system and sent via US Mail to the Clerk of the U.S District, Eastern District of Pennsylvania.
  On this 28th day of April, 2008

             __s/   G. Patterson Keahey, Jr.__

THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS**<br>**LIABILITY LITIGATION (No.VI)** | )<br>) | **CIVIL ACTION NO.**<br>**MDL 875** |

| | | |
|---|---|---|
| **ROBERT COBB**, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>**ALBANY INTERNATINAL,** et al.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **IN THE UNITED STATES**<br>**DISTRICT COURT IN THE**<br>**MIDDLE DISTRICT OF**<br>**ALABAMA**<br><br>**CIVIL ACTION Case No.**<br>**2:07-286** |

## ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITHOUT PREJUDICE

This cause coming before the Court and the Court being fully advised of the Stipulation of Dismissal without Prejudice filed herein, IT IS HEREBY ORDERED that the claims of certain Plaintiffs listed below against All Defendants, be dismissed without prejudice, per stipulation of the parties, each party to bear its own costs:

1. **Eloise Lewis,** personal representative of **Prince Albert Lewis,** deceased

2. **Sandra Watkins,** personal representative of **Willie Frank Watkins,** deceased

3. **Jacqueline Dailey,** personal representative of **James Lee Wiggins,** deceased

ACCORDINLY, the claims of the Plaintiffs listed above against All Defendants are hereby DISMISSED WITHOUT PREJUDICE, each party to bear its own costs.

SO ORDERED THIS _____DAY OF _____, 2008

                                                      _____
                                                     THE HONORABLE JAMES T. GILES
                                          UNITED STATES DISTRICT COURT JUDGE