IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
(Montgomery Division)

| | |
|---|---|
| ROBERT COBB, et al., Plaintiffs,<br>    v.<br>ALBANY INTERNATIONAL, et al.,<br>Defendants. | CIVIL ACTION NO.<br>2:07-cv-00286 |

## MOTION TO WITHDRAW

COME NOW, Timothy W. Knight and Lucy W. Jordan of the law firm Kee & Selby, LLP and file this motion to withdraw as counsel of record for the defendant Trane, Inc., f/k/a American Standard Inc.  This defendant will be represented by Donald C. Partridge of the law firm Forman Perry Watkins Krutz & Tardy LLP, who has entered his appearance in this case.

Movants respectfully advise the court that they will continue to appear in this case as counsel for other defendants.

    ___s/Timothy W. Knight_____
    Timothy W. Knight, ASB-5824-I70T

    ___s/Lucy W. Jordan_____
    Lucy W. Jordan, ASB-4426-U69J

OF COUNSEL:

**KEE & SELBY, LLP**
1900 International Park Drive
Suite 220
Birmingham, AL  35243
Tel:  (205) 968-9900
Fax: (205) 968-9909
Email:  tk@keeselby.com
           lj@keeselby.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 26th day of August, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I further certify that in accordance with MDL Administrative Order 6, I have served a copy of this motion by first class United States Mail to:

The Honorable James T. Giles, Senior Judge
U.S. District Court, Eastern District of Pennsylvania
17614 U. W. Courthouse
601 Market Street
Philadelphia, PA  19106-1709

                                    s/ Timothy W. Knight
                                    OF COUNSEL